CO-386-online
10/03

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY )
)
)
)
vs   Plaintiff )   Civil Action No._____
)
Stephen L. Johnson )
)
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CENTER FOR BIOLOGICAL DIVERSITY__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__MD14062__
BAR IDENTIFICATION NO.

__Robert Ukeiley__
Print Name

__433 Chestnut Street__
Address

__Berea, KY 40403__
City    State    Zip Code

__859-986-5402__
Phone Number