IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No.: 05-1814 (JGP) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency.

                                                                              KELLY A. JOHNSON
                                                                              Acting Assistant Attorney General
                                                                              Environment and Natural
                                                                               Resources Division

                                                                             /s/ Eileen T. McDonough
                                                                             EILEEN T. MCDONOUGH
                                                                             Environmental Defense Section
                                                                             U.S. Department of Justice
                                                                             P.O. Box 23986
                                                                             Washington, D.C. 20026-3986
                                                                             (202) 514-3126
                                                                             eileen.mcdonough@usdoj.gov

September 21, 2005