AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

STEPHEN L. JOHNSON, Administrator
United States Environmental Protection
Agency

CASE NUMBER  1:05CV01814

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Revi

DATE STAMP: 09/12/2005

TO: (Name and address of Defendant)

Stephen L. Johnson, Administrator
United States Environmental Protection Agency
Ariel Ross Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 12 2005
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 9/26/05 |
| NAME OF SERVER (PRINT) Elizabeth Perkins | TITLE | legal assistant |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _certified mail return reciept_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/4/05         _[signature]_
             Date              Signature of Server

             433 Chestnut St. Berea KY 40403
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.