IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　Defendant. | Case No.: 05-1814 (JGP) |

**CONSENT MOTION FOR EXTENSION OF TIME**

　　　Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), hereby requests an enlargement of time in which to respond to the complaint in this matter until December 2, 2005. The answer is now due on November 25, 2005. Because of litigation deadlines this week in two other cases before this Court and the Thanksgiving holiday, counsel will not be able to file the answer by that date and so requests the additional time.

　　　Counsel for plaintiff has consented to this request.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SUE ELLEN WOOLRIDGE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division

　　　　　　　　　　　　　　　　　　　　/s/ EILEEN T. MCDONOUGH
　　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　P.O. Box 23986
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20026-3986
　　　　　　　　　　　　　　　　　　　　(202) 514-3126
November 23, 2005　　　　　　　　　　　eileen.mcdonough@usdoj.gov