*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** )<br>)<br>Plaintiff,      )<br>)<br>v.                )<br>)<br>**STEPHEN L. JOHNSON,** )<br>)<br>Defendant.     )<br>) | Civil Action No. 05-1814 (JGP) |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time [8], it is hereby

**ORDERED** that Defendant's Motion [8] is **GRANTED.** Defendant shall answer or respond to the complaint on or before December 2, 2005.

**SO ORDERED.**

DATE: November 29, 2005               JOHN GARRETT PENN
                                      **United States District Judge**