UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHEN L. JOHNSON ) <br> Administrator ) <br> United States Environmental Protection Agency ) <br> ) <br> Defendant. ) | Civ. No. 05CV1814 (JGP) |

UNOPPOSED MOTION TO RESCHEDULE THE INITIAL SCHEDULING CONFERENCE
AND ATTEND BY TELEPHONE

Pursuant to LCvR 16.1(b) and Fed.R.Civ.P. 1, Plaintiff respectfully requests the Initial Scheduling Conference in this matter be reset for February 1, 2006 and that Plaintiff's counsel be permitted to attend the Initial Scheduling Conference by telephone. In support of this request, Plaintiff states the following:

On December 20, 2005, the Court issued its Order for Initial Scheduling Conference, setting the Initial Scheduling Conference for January 24, 2006 at 10:30 a.m. However, Plaintiff's counsel has oral argument in the United States Court of Appeals for the Eleventh Circuit starting at 9 a.m. on January 24, 2006 in <u>Sierra Club v. Georgia Power Company</u>, 05-11314. Therefore, Plaintiff requests that the Initial Scheduling Conference in this matter be reset for anytime on Wednesday, February 1, 2006. Undersigned counsel has corresponded with Defense counsel on this issue. Defense counsel has indicated that she is also available anytime

on Wednesday, February 1, 2006 for the Initial Scheduling Conference.  In addition, undersigned counsel telephoned the Court's chambers on January 3, 2006 and was told that February 1, 2006 is currently available on the Court's calendar.

Furthermore, Plaintiff requests that Plaintiff's counsel be allowed to attend the Initial Scheduling Conference by telephone.  Plaintiff is a not-for-profit conservation organization.  Undersigned counsel represents Plaintiff on a *pro bono* basis.  In light of the short nature of most Initial Scheduling Conferences, Plaintiff wishes to avoid the expense of having undersigned counsel fly to Washington, D.C. to attend what may end up being a very short conference.

Pursuant to LCvR 7(m), undersigned counsel conferred with Defense counsel about this motion.  Defense counsel stated that Defendant does not oppose this motion.

Therefore, for the reasons stated above, Plaintiff respectfully requests that the Initial Scheduling Conference be reset for anytime on February 1, 2006 and that Plaintiff's counsel be permitted to attend the Initial Scheduling Conference by telephone.

                                         Respectfully submitted,

                                         ____/s_____  
                                         Robert Ukeiley (MD14062)  
                                         Law Office of Robert Ukeiley  
                                         433 Chestnut Street  
                                         Berea, KY 40403  
                                         Tel: (859) 986-5402  
                                         Fax: (859) 986-1299  
                                         E-mail: rukeiley@igc.org

                                         Counsel for Plaintiff

Dated: January 4, 2006