UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br><br>Defendant. | Civ. No. 05CV1814 (JGP) |

ORDER

Before the Court is Plaintiff's Unopposed Motion to Reschedule the Initial Scheduling Conference And Attend By Telephone (Motion). Having considered the Motion and for good cause shown, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Initial Scheduling Conference shall be reset for February 1, 2006 at ___:____ __.m.

It is **FURTHER ORDERED** that Plaintiff's counsel may attend the Initial Scheduling Conference by telephone.  _____ shall initiate the call.

**SO ORDERED.**

**DATE:** _____ _____, 2006      _____
**JOHN GARRETT PENN**
**United States District Judge**

1