UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, ) <br> Administrator ) <br> United States Environmental Protection Agency ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 05-1814 (JGP) |

ORDER

Upon consideration of the **[#12] Unopposed Motion to Reschedule the Initial Scheduling Conference and Attend by Telephone**, and for good cause shown, it is hereby

**ORDERED** that the Initial Scheduling Conference scheduled for January 24, 2005 at 10:30 A.M. is cancelled.  It is further

**ORDERED** that an Initial Scheduling Conference shall be held on **February 1, 2006 at 10:00 A.M.** in Courtroom 15.  And it is further

**ORDERED** that Plaintiff's counsel may attend the Initial Scheduling Conference by telephone.  The courtroom deputy clerk shall initiate the call.

Date: January 4, 2006                                JOHN GARRETT PENN
                                                     United States District Judge