UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1814 (JGP) |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This case was filed on September 12, 2005. Based on the parties' representations in their joint statement [14], it is hereby **ORDERED**

1. The initial scheduling hearing previously set for February 1, 2006 is cancelled.

2. This case will be assigned to the standard track.

3. Plaintiff may file an amended complaint on or before February 8, 2006.

4. The case will remain with this Court for all purposes.

5. The parties have indicated that discovery is not necessary. However, if a discovery dispute arises, this case may be assigned to a Magistrate Judge for resolution. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

6. The parties believe there is a realistic possibility of settling this matter but do not feel mediation would be beneficial. If the parties determine mediation would be useful in the future, they shall inform the Court.

7. Plaintiff may file a dispositive motion within forty days of service of the response to the amended complaint.

8.  Defendant may file a response to the dispositive motion within forty days of service.

9.  Plaintiff may file a reply to any response within forty days of service.

10.  If a party objects to anything set forth in this order, the party shall inform the Court on or before February 8, 2006.

**IT IS SO ORDERED.**

**DATE: January 31, 2006**                                              **JOHN GARRETT PENN**
                                                                         **United States District Judge**