UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEPHEN L. JOHNSON )<br>Administrator )<br>United States Environmental Protection Agency )<br>)<br>Defendant. ) | Civ. No. 05CV1814 (JGP) |

NOTICE OF WRITTEN CONSENT OF ADVERSE PARTY TO FILING OF FIRST

AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a), Plaintiff hereby notifies the Court and the Defendant that Defendant has provided his written consent, through counsel, to Plaintiff's filing of their First Amended Complaint.  Defendant's counsel written consent is attached as Exhibit 1.  Plaintiff notes that Defendant's written consent is not strictly required as on January 31, 2006, the Court issued an order allowing Plaintiff to file its amended complaint.  However, out of caution, Plaintiff is also filing this notice of written consent.  Plaintiff's amended complaint has been filed in hard copy with Clerk's Office pursuant to the ECF Manual.

Respectfully submitted,

\_\_\_/s_____
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (859) 986-1299
E-mail: rukeiley@igc.org

Counsel for Plaintiff

Dated: February 6, 2006

# EXHIBIT 1

```
From: Eileen.McDonough@usdoj.gov
Sent: Thursday, January 19, 2006 11:25 AM
To: rukeiley@igc.org (Receipt Notification Requested) (IPM Return
Requested)
Cc: jtutchton@law.du.edu (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: SOx NAAQS deadline suit
```

That is fine.


Eileen T. McDonough

Environmental Defense Section
(202) 514-3126


```
-----Original Message-----
From: rukeiley@igc.org [mailto:rukeiley@igc.org]
Sent: Wednesday, January 18, 2006 6:55 PM
To: McDonough, Eileen (ENRD)
Cc: jtutchton@law.du.edu
Subject: RE: SOx NAAQS deadline suit
```

Eileen:

I need to correct my earlier statement about filing a motion.  I reviewed
Fed.R.Civ.P. 15(a) and it provides that an amended complaint can be filed by
leave of the court or by written consent of the adverse party.

So if the below e-mail can constitute your written consent, I can dispense with
the motion.

Is that acceptable?

Robert

Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel:  (859) 986-5402
Fax: (859) 986-1299


```
-----Original Message-----
From: Eileen.McDonough@usdoj.gov [mailto:Eileen.McDonough@usdoj.gov]
Sent: Wednesday, January 18, 2006 3:59 PM
To: rukeiley@igc.org (Receipt Notification Requested) (IPM Return Requested)
Cc: jtutchton@law.du.edu (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: SOx NAAQS deadline suit
```

I did confirm and you can put down that we do not object to the amendment.

```
-----Original Message-----
From: rukeiley@igc.org [mailto:rukeiley@igc.org]
Sent: Wednesday, January 18, 2006 10:04 AM
```

```
To: McDonough, Eileen (ENRD)
Cc: jtutchton@law.du.edu
Subject: SOx NAAQS deadline suit
```

Eileen:

During our January 3, 2006 meet and confer telephone conference in the NOx "NAAQS" deadline suit, I told you that we plan to amend the complaint in the NOx "NAAQS" deadline suit to add the SOx "NAAQS" deadline issues and additional plaintiffs as sent forth in our November 15, 2005 Notice of Intent to sue letter.  You told me you would get back to me on Defendant's position on our motion for leave to amend the complaint.  I am writing to ask if you can now tell if Defendant opposes our motion for leave to amend the complaint.

Thanks

Robert

Law Office of Robert Ukeiley

433 Chestnut Street

Berea, KY 40403

Tel:  (859) 986-5402

Fax: (859) 986-1299