CO-386-online
10/03

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL )
DIVERSITY et al. )
)
)
                Plaintiff )    Civil Action No. 05-1814(JGP)
   vs )
STEPHEN L. JOHNSON )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Valley Watch, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Robert Ukeiley_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea  KY  40403
City    State    Zip Code

859-986-5402
Phone Number