UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br><br>　　　　Defendant. | Civ. No. 05-1814 (JGP) |

### AFFIDAVIT OF ERIK JOHNSON

1.　My name is Erik Johnson.

2.　I am a member of the Center for Biological Diversity and have been a member for over one year.

3.　I am currently employed as a construction manager.

4.　I live and own a house in Boulder, Colorado, and have a seventeen year-old son and a nineteen year old daughter. I have lived in Boulder since the 1960s.

5.　Several years ago, I was diagnosed with mild asthma. As a result of this condition, I suffer from a chronic cough, and must occasionally use an inhaler.

1

6. I enjoy cycling and going for walks around my neighborhood. I engage in these types of outdoor activities about four times per week, and fully intend to continue engaging in these activities at least as frequently in the future.

7. I am aware that the Boulder metropolitan area currently meets the Clean Air Act National Ambient Air Quality Standards (NAAQS) that have been established to limit both Sulfur Dioxide ($SO_2$), a form of Sulfur Oxides ($SO_x$) pollution, and Nitrogen Dioxide ($NO_2$), a form of Nitrogen Oxides ($NO_x$) pollution.

8. However, I am concerned that the existing NAAQS are inadequate to protect my health and the health of my family from the dangers of $SO_x$ and $NO_x$ pollution, and are also inadequate to protect the ecological health and aesthetic values of the natural environment in the region where I live.

9. These concerns stem from the fact that although I am aware that scientific research has shown that $SO_x$ pollution causes adverse health and other environmental impacts at concentrations below the current NAAQS for $SO_2$ and that $NO_x$ emissions cause adverse health and other environmental impacts at concentrations below the current NAAQS for $NO_2$, the United States Environmental Protection Agency (EPA) has failed to review the validity of these NAAQS for many years.

10. I am personally affected by the regional haze that has long been a problem for the Boulder area. On particularly hazy days, I notice an unpleasant odor in the air, and I also notice that when I travel between areas within the region that are at different elevations that the air looks and feels noticeably less clean in some areas. As EPA's own Regional Haze Rule, 64 Fed. Reg. 35,714 (July 1, 1999), explains, emissions of $SO_x$ and $NO_x$ contribute to the formation of this haze.

11. According to the EPA's website, http://www.epa.gov/air/urbanair/so2/hlth1.html, $SO_x$ pollution can cause respiratory problems for asthmatics who are active outdoors. I also know from reading EPA's "Asthma Bulletin," http://www.epa.gov/asthma/pdfs/asthma_bulletin_2_05.pdf, that $NO_x$ pollution also causes problems for people with existing respiratory conditions like asthma.

12. Because of my concerns about the safety of the level of $SO_x$ and $NO_x$ pollution present in the air, I do not go for walks and bicycle rides as often as I would like. On hazy days I often limit my outdoor activities, because I cannot be certain that the $SO_x$ and $NO_x$ pollution in the haze is not harming my health. The haze also impairs visibility and looks ugly, which detracts from my enjoyment of the aesthetic value of my surroundings when I am engaging in outdoor activities. I am considering selling my home and leaving Boulder, in large part because of the polluted air around the region.

13. Because he suffers from respiratory problems as well, my son has also had to alter his outdoor activities. My son formerly played soccer, but found that because of his lung problems, he could not breathe well enough to endure the amount of running that soccer requires. As a result, he has switched to playing baseball, because baseball requires less running.

14. I am aware that both $SO_x$ and $NO_x$ pollution contribute to respiratory problems in children, and I am concerned that because the NAAQS for $SO_x$ and $NO_x$ are outdated, I cannot be certain that the levels of $SO_x$ and $NO_x$ pollution in Boulder's air are not worsening my son's existing respiratory condition.

15. If EPA were to review and revise as necessary the NAAQS pertaining to $SO_x$ and $NO_x$ pollution, I would be able to be more certain that the Boulder area's attainment designation with regard to such standards means that the amount of $SO_x$ and $NO_x$ pollution present in the air does

not represent a threat to my health or the health of my family, and that it further is not inflicting damage on the natural environment that I value.

16. Even if such a revision of the NAAQS results in the adoption of standards which the air quality in Boulder fails to meet, I would still benefit by having more accurate information on which to assess the degree of danger to my health, the health of my family, and the quality of the natural environment in the Boulder region that the area's $SO_x$ and $NO_x$ pollution levels represent.

17. Moreover, I would also benefit in that the failure of Boulder's air quality to meet such revised standards would trigger provisions of the Clean Air Act which are designed to bring about the expeditious attainment of the revised NAAQS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

28 FEB 2006
Date

Erik Johnson