UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br><br>Defendant. | Civ. No. 05-1814 (JGP) |

### AFFIDAVIT OF JEREMY NICHOLS

1. My name is Jeremy Nichols.

2. I am currently employed as the Wild Species Program Director and Wild Forests Program Director for Biodiversity Conservation Alliance, a nonprofit conservation organization.

3. I live in Denver, Colorado and am the father of a three year old son.

4. The Denver metropolitan area currently meets the Clean Air Act National Ambient Air Quality Standards (NAAQS) that have been established to limit Sulfur Dioxide ($SO_2$), a form of Sulfur Oxides ($SO_x$) pollution.

1

5. However, I am concerned that the existing NAAQS are inadequate to protect my health and the health of my son from the dangers of $SO_x$ pollution, and are also inadequate to protect the aesthetic beauty and ecological health of the natural environment in the region where I live.

6. These concerns stem from the fact that although I am aware that scientific research has shown that $SO_x$ pollution causes adverse health and other environmental impacts at concentrations below the current NAAQS for $SO_2$, the United States Environmental Protection Agency (EPA) has failed to review the validity of these NAAQS since 1996.

7. I enjoy engaging in outdoor activities like bicycling, both in the Rocky Mountain region around Denver and within Denver itself. I go on bicycle rides at least two times a week and fully intend to continue doing so. On many of these rides, my son accompanies me, riding in a trailer attached to my bicycle. However, because of my concerns about the safety of the level of $SO_x$ pollution present in the air, my son and I do not get to ride as often as I would like.

8. Regional haze has long been a problem for the Denver region. This haze takes the form of an ugly, dark brown cloud that covers the metro area. As EPA's own Regional Haze Rule, 64 Fed. Reg. 35,714 (July 1, 1999), explains, emissions of $SO_x$ contribute to the formation of this haze.

9. On days when the haze is present I limit my outdoor activities, often foregoing the bicycle rides that I usually enjoy because I cannot be certain that the $SO_x$ pollution in the haze is not harming my health. I also limit the amount of time that my son spends playing outside on such days for the same reason, as I am aware from reviewing the EPA Office of Air and Radiation's website, http://www.epa.gov/air/urbanair/so2/index.html, that $SO_x$ pollution contributes to the development of respiratory illness in young children. The Denver area's haze

also impairs visibility and looks ugly, which detracts from my enjoyment of the aesthetic value of my surroundings when I am engaging in outdoor activities.

10. If EPA were to review and revise as necessary the NAAQS pertaining to $SO_x$ pollution, I would be able to be more certain that the Denver area's attainment designation with regard to such standards means that the amount of $SO_x$ pollution present in the air does not represent a threat to my health or the health of my son, and that it further is not inflicting damage on the natural environment that I value.

11. Even if such a revision of the NAAQS results in the adoption of standards which the air quality in Denver fails to meet, I would still benefit by having more accurate information on which to assess the degree of danger to my health, the health of my son, and the quality of the natural environment in the Denver region that the area's $SO_x$ pollution levels represent.

12. Moreover, I would also benefit in that the failure of Denver's air quality to meet such revised standards would trigger provisions of the Clean Air Act which are designed to bring about the expeditious attainment of the revised NAAQS.

13. As an advocate for biological diversity, I have participated in several previous agency rulemaking processes that offer interested members of the public an opportunity to encourage the development of accurate scientific assessments of the impacts of pollution and the adoption of more protective environmental standards and will continue to do so in the future. Because I am especially interested in the impacts of $SO_x$ pollution, I intend to participate as an interested member of the public during the NAAQS review and promulgation process to advocate the adoption of standards that are sufficiently stringent to protect the public health and public welfare. EPA's ongoing failure to complete this NAAQS review and revision process deprives me of this advocacy opportunity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2-28-06

Date

Jeremy Nichols