UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS | ) ) ) ) ) ) | Civ. No. 05-1814 (JGP) |
| Plaintiffs, | ) ) ) |  |
| vs. | ) ) |  |
| STEPHEN L. JOHNSON | ) ) |  |
| Defendant. | ) ) |  |

**AFFIDAVIT OF PETER GALVIN**

1.      My name is Peter Galvin.

2.      I am a co-founder of the Center for Biological Diversity ("Center"), and I currently serve as the Center's Conservation Director.

3.      The core mission of the Center is to secure a future for animals and plants hovering on the brink of extinction, for the wilderness they need to survive, and by extension for the spiritual welfare of generations to come.

4.      An important means of achieving this objective is to foster the growth of a conservation ethic among both the Center's members and the general population.

1

5.      The conservation ethic is rooted in the notion that the natural world has intrinsic and intangible worth apart from its utilitarian value.

6.      The development of this ethic is an essential step in achieving the Center's mission, because people who see the inherent value in the natural world are better advocates for the protection of biodiversity and ecosystem health.

7.      As John Muir, one of the founders of the conservation movement in the United States, recognized more than 100 years ago, in order to get people to work to protect natural areas, you have to get them out into the natural areas to see and experience such areas first hand.

8.      The Center adheres to this philosophy today, and believes that to develop a conservation ethic, it is essential that people interact on a personal level with the natural world, as such personal interaction is the surest way to fully appreciate nature and the intrinsic value of vibrant ecosystems.

9.      The Center therefore works to encourage our members and potential members to enjoy and personally experience natural areas as often as possible, be it deep wilderness or neighborhoods on the suburban fringe, so that they gain a first-hand appreciation of these areas and the value of their biodiversity.

10.     Healthy people are more able to enjoy biodiversity and gain a conservation ethic because they are physically able to spend more time interacting with the natural world.  On the other hand, people who suffer from respiratory ailments that render them especially sensitive to poor air quality are less likely to develop a conservation ethic, because they are often forced to limit their outdoor activities.

11.     Good visibility also fosters the development of the conservation ethic.  In contrast, when

the air turns an ugly brown as it often does in areas impacted by regional haze, people are

understandably reluctant to engage in outdoor activities.

12.      There are many people, like Center for Biological Diversity members Erik Johnson and

Sherry Gillespie, who both live in areas impacted by regional haze and suffer respiratory

illnesses like asthma, and therefore limit their outdoor activities.  This avoidance of outdoor

recreation undermines people's resolve to protect biodiversity.

13.     Therefore, when primary National Ambient Air Quality Standards ("NAAQS")

accurately reflect current science regarding the impact of pollutants on human health it advances

the Center's goal of protecting biodiversity and ecosystem health, as NAAQS that are

sufficiently protective of human health will foster the growth of a conservation ethic by enabling

more people to live healthy, active lives that bring them into frequent contact with the natural

world.

14.     Elevated levels of $NO_x$ and $SO_x$ pollution negatively impact ecosystem health.

15.     The regional haze that is linked to $NO_x$ and $SO_x$ pollution can also negatively impact

biodiversity.  For example, the resulting poor visibility affects the health of animals such as

hawks and eagles that hunt by sight.

16.     $NO_x$ pollution is also a threat to the survival of the Bay Checkerspot Butterfly.  See 66

Fed. Reg. 21,450 (Apr. 30, 2001) ( "Recent research has identified excess nitrogen deposition

from polluted air as a threat to bay checkerspot habitats, due to its fertilizing effect enhancing the

growth of invasive nonnative plants even in serpentine soil areas.").

17.     As secondary NAAQS specifically protect environmental values, the adoption of

secondary NAAQS that accurately reflect current science on the ecological impacts of $NO_x$ and

$SO_x$ pollution will improve the environmental conditions for plants and animals and the ecosystems on which they depend.

18.    However, regardless of whether the primary or secondary NAAQS imposes the stricter standard, new NAAQS for $NO_x$ and $SO_x$ will improve biodiversity and ecosystem health, because both primary and secondary NAAQS are linked to the protection of biodiversity and ecosystem health.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/01/2006

Date                                    Peter Galvin