UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br><br>Defendant. | Civ. No. 05-1814 (JGP) |

### AFFIDAVIT OF PRESTON FORSYTHE

1. My name is Preston Forsythe.

2. I am a retired farmer living in Muhlenberg County, Kentucky.

3. My home and farm is within about five miles of The Tennessee Valley Authority's Paradise Fossil Plant (TVA Paradise), a huge coal-fired power plant. I can see the smokestacks of TVA Paradise from my house.

4. I know from reading a recent report by the Environmental Integrity Project called "Dirty Kilowatts," http://www.environmentalintegrity.org/pub314.cfm, that in 2004 TVA Paradise ranked as one of the 25 largest sources of Sulfur Dioxide ($SO_2$) pollution among all power plants in the nation.

1

5. Often, the smoke coming from the smokestacks at TVA Paradise appears dark in color, and I can frequently see pollutant particles dropping out of the plume. I am concerned that the $SO_2$ pollution from TVA Paradise and other sources of Sulfur Oxides ($SO_x$) pollution in the region are having a detrimental impact on my health, the health of my wife, and the ecological health and aesthetic beauty of the environment in Western Kentucky.

6. I live a short drive away from Mammoth Cave National Park (MCNP) and enjoy going to the park for recreation roughly two dozen times per year. I participate in a variety of volunteer projects in MNCP and fully intend to continue doing so in the future. For example, I enjoy spending time exploring and surveying MNCP's vast cave systems with the Cave Research Foundation, in furtherance of the foundation's cave mapping project. I also volunteer my time on environmental clean-up projects at MNCP four times per year and will continue to do so.

7. Visibility in MNCP is often severely degraded, and the impact on views reduces my enjoyment of the park. I am aware from reading a recent report, http://www.npca.org/across_the_nation/visitor_experience/clear_air/code_red/default.asp, by the National Parks Conservation Association naming MNCP as the nation's second most polluted national park that emissions of $SO_x$ pollution from large upwind sources, like TVA Paradise, are responsible for much of the visibility-obscuring haze found in MNCP.

8. As recently as 1998, the air in Muhlenberg County failed to meet the existing Clean Air Act National Ambient Air Quality Standards (NAAQS) that limit $SO_2$, a form of $SO_x$ pollution.

9. Although the air in Muhlenberg County and the rest of Western Kentucky now meets these federal standards, I am concerned that the existing NAAQS are inadequate to protect my health and the health of my wife from the dangers of $SO_x$ pollution, and are also inadequate to

protect the aesthetic beauty and ecological health of the natural environment in the region where I live.

10. My reason for being concerned is that although I am aware that recent scientific research has shown that $SO_x$ pollution causes adverse health and other environmental impacts at concentrations below the current NAAQS for $SO_2$, the United States Environmental Protection Agency (EPA) has failed to review the validity of these NAAQS since 1996.

11. If EPA were to review and revise as necessary the NAAQS pertaining to $SO_x$ pollution, I would be able to be more certain that an attainment designation with regard to those standards means that the amount of $SO_x$ pollution present in Western Kentucky's air does not represent a threat to my health or the health of my wife, and that it further is not inflicting damage on the natural beauty and ecological vitality of MNCP.

12. Even if such a revision of the NAAQS results in the adoption of standards which the air quality fails to meet, I would still benefit by having more accurate information on which to assess the degree of danger to my health, the health of my wife, and the quality of the natural environment in Western Kentucky that the area's $SO_x$ pollution levels represent.

13. Moreover, I would also benefit in that the failure to meet such revised standards would trigger provisions of the Clean Air Act which are designed to bring about the expeditious attainment of the revised NAAQS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2-28-2006  
Date

*Preston Forsythe*  
Preston Forsythe