UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br><br>Defendant. | Civ. No. 05-1814 (JGP) |

### AFFIDAVIT OF SHERRY GILLESPIE

1. My name is Sherry Gillespie.

2. I am a member of the Center for Biological Diversity, and have been a member for over two years.

3. I am 52 years old and a lifelong resident of Denver, Colorado. I am also the mother of a 13 year old daughter.

4. I suffer from asthma. My condition has improved in recent years and I no longer experience the serious attacks I endured as a youth, but I am still more sensitive than most people to impurities in the air.

1

5.  Both I and my daughter enjoy engaging in outdoor activities. I take frequent walks with my dog, and my daughter enjoys skiing. Both I and my daughter intend to continue engaging in outdoor activities such as these in the future.

6.  I am aware that the Denver metropolitan area currently meets the Clean Air Act National Ambient Air Quality Standards (NAAQS) that have been established to limit both Nitrogen Dioxide ($NO_2$), a form of Nitrogen Oxides ($NO_x$) pollution, and Sulfur Dioxide ($SO_2$), a form of Sulfur Oxides ($SO_x$) pollution.

7.  However, I am concerned that the existing NAAQS are inadequate to protect my health and the health of my family from the dangers of $NO_x$ and $SO_x$ pollution, and are also inadequate to protect the aesthetic beauty and ecological health of the natural environment in the region where I live.

8.  These concerns stem from the fact that although I am aware that scientific research has shown that $NO_x$ pollution causes adverse health and other environmental impacts at concentrations below the current NAAQS for $NO_2$ and that $SO_x$ emissions cause adverse health and other environmental impacts at concentrations below the current NAAQS for $SO_2$, the United States Environmental Protection Agency (EPA) has failed to review the validity of these NAAQS for many years.

9.  Regional haze is a recurring problem in the Denver region. This haze appears as an ugly brown cloud that covers the metro area. From the high-rise office building where I work I normally enjoy an excellent view of Denver and the nearby Rocky mountains, but on hazy days the brown cloud covering the metro area restricts visibility significantly. Further, I know from reading so in EPA's own Regional Haze Rule, 64 Fed. Reg. 35,714 (July 1, 1999), that emissions of $NO_x$ and $SO_x$ contribute to the formation of this haze.

10. I am aware that both $NO_x$ and $SO_x$ pollution can cause respiratory problems for asthmatics who are active outdoors.

11. Because I am concerned about the impact of the $NO_x$ and $SO_x$ pollution in Denver's haze on my health, I try to limit my outdoor activities and stay inside more on days when the haze is particularly bad. The Denver area's haze also impairs visibility and looks ugly, which detracts from my enjoyment of the aesthetic value of my surroundings.

12. I know that both $NO_x$ and $SO_x$ pollution contribute to the development of respiratory illness in children, and I am therefore concerned that the $NO_x$ and $SO_x$ pollution in Denver's air is also harming the health of my daughter.

13. I am concerned that because Denver's regional haze discourages me from engaging in outdoor activities that provide opportunities to enjoy the biodiversity of the natural world, the haze will limit my ability to develop a conservation ethic and to instill a conservation ethic in my daughter.

14. If EPA were to review and revise as necessary the NAAQS pertaining to $NO_x$ and $SO_x$ pollution, I would be able to be more certain that the Denver area's attainment designation with regard to such standards means that the amount of $NO_x$ and $SO_x$ pollution present in the air does not represent a threat to my health or the health of my family, and that it further is not inflicting damage on the natural environment that I value.

15. Even if such a revision of the NAAQS results in the adoption of standards which the air quality in Denver fails to meet, I would still benefit by having more accurate information with which to assess the degree of danger to my health, the health of my family, and the quality of the natural environment in the Denver region that the area's $NO_x$ and $SO_x$ pollution levels represent.

16. Moreover, I would also benefit in that the failure of Denver's air quality to meet such revised standards would trigger provisions of the Clean Air Act which are designed to bring about the expeditious attainment of the revised NAAQS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/23/2006
Date

Sherry Gillespie