UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br><br>Defendant. | Civ. No. 05-1814 (JGP) |

## AFFIDAVIT OF TINA JOHNSON

1.  My name is Tina Johnson.

2.  I live in Madison County, Kentucky.

3.  I work, in both a professional and volunteer capacity, on issues related to forest health and sustainable forestry in Eastern Kentucky. My professional work focuses on fostering economically and environmentally sustainable small scale forestry on privately owned lands. As a volunteer, I work to ensure that government decisions regarding publicly owned forests reflect sound environmental strategies. I fully intend to continue both my professional and volunteer work on forestry issues in the future.

4.  I am aware from reading the EPA Office of Air and Radiation's website, http://www.epa.gov/air/urbanair/so2/hlth1.html, that Sulfur Oxides ($SO_x$) like Sulfur Dioxide

1

($SO_2$) negatively impact the health of both individual trees and the larger forest ecosystems of which those trees are a part.

5.   I am concerned that the negative impacts of $SO_x$ pollution on forest health are adversely affecting my ability to foster economically and environmentally viable forestry. I am concerned that the negative impacts of $SO_x$ pollution on timber yields make it economically difficult for the small private landowners with whom I work to adhere to environmentally sustainable forestry principles, which in turn can result in the further degradation of the ecosystems that I value.

6.   Although the air quality in most counties in Eastern Kentucky now meets the existing National Ambient Air Quality Standards (NAAQS) for $SO_2$, I am concerned that the existing $SO_2$ NAAQS are inadequate to protect the ecological vitality of the forests that I work to protect and enhance.

7.   My reason for being concerned is that although I am aware that recent scientific research has shown that $SO_x$ pollution causes adverse impacts on forest health at concentrations below the current NAAQS for $SO_2$, the United States Environmental Protection Agency (EPA) has failed to review the validity of the $SO_2$ NAAQS since 1996.

8.   If EPA were to review and revise as necessary the NAAQS pertaining to $SO_x$ pollution, I would be able to be certain that the attainment of those standards means that the amount of $SO_x$ pollution present in eastern Kentucky's air is not damaging the health and productivity of the region's forests.

9.   Even if such a revision of the NAAQS results in the adoption of standards which the air quality in Eastern Kentucky fails to meet, I would still benefit by having more accurate information on which to assess the degree of danger to forest health in Eastern Kentucky that the area's $SO_x$ pollution levels represent.

10. Moreover, I would also benefit in that the failure to meet such revised standards would trigger provisions of the Clean Air Act which are designed to bring about the expeditious attainment of the revised NAAQS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3-21-2006

Date

Tina Johnson