UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, VALLEY WATCH, INC., PRESTON FORSYTHE, TINA JOHNSON, and JEREMY NICHOLS<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br><br>Defendant. | Civ. No. 05-1814 (JGP) |

## AFFIDAVIT OF TODD SCHULKE

1. My name is Todd Schulke.

2. I live in Silver City, New Mexico.

3. I am employed as the Forest Program Director for the Center for Biological Diversity, of which I am also a founding member.

4. My wife's mother lives in the Baltimore, Maryland area, and I often travel to Maryland with my family to visit her. While on these trips I enjoy kayaking, bird-watching, and other outdoor activities in and along the Chesapeake Bay and its tributaries. I visit the Chesapeake for recreation about once a year, and because of my family's connection to the area I fully intend to continue traveling to this area for recreational purposes at least as often in the future.

1

5.  I am aware that the Chesapeake Bay is currently suffering negative ecological impacts that result from nitrogen deposition, and my knowledge of this fact negatively impacts my enjoyment of outdoor activities on the Chesapeake.

6.  For example, in the summer, an area of the Chesapeake Bay encompassing hundreds of square miles experiences dissolved oxygen concentrations that are too low to support life.

7.  This lack of dissolved oxygen is the result of excessive amounts of nitrogen compounds being deposited in the Bay.

8.  I know from reading on the Environmental Protection Agency's website, http://www.epa.gov/air/oaqps/gr8water/xbrochure/chesapea.html, that as much as 40 percent of the nitrogen load in the Chesapeake Bay originates in air pollutant emissions. The same web site also notes that additional reductions in the amount of nitrogen reaching the Chesapeake are needed if the ecological health of the Bay is to be restored.

9.  I also know that emissions of nitrogen oxides ($NO_x$) like nitrogen dioxide ($NO_2$) are directly responsible for much of the nitrogen loading problem in the Chesapeake, as I am also aware from reading in a report available on EPA's website, http://www.epa.gov/ttn/oarpg/t3/reports/ch2_2kf.pdf, entitled "Deposition of Air Pollutants to the Great Waters," that $NO_x$ emissions are a precursor to the nitrogen compounds that are deposited in water bodies like the Chesapeake Bay.

10. I am concerned that the existing secondary National Ambient Air Quality Standard ("secondary NAAQS") for $NO_2$ is inadequate to protect the ecological health of the Chesapeake Bay, an ecosystem on which I place great value.

11. This concern stems from the fact that I am aware that scientific research has shown that $NO_x$ pollution is continuing to cause adverse environmental impacts in the Chesapeake Bay even

2

though no area of the country currently exceeds the NAAQS for $NO_2$. However, despite this evidence that the secondary NAAQS for $NO_2$ is not sufficiently protective of the environment, EPA has failed to review the validity of this standard since 1996.

12. If EPA were to review and revise as necessary the secondary NAAQS pertaining to $NO_x$ pollution, I would be able to be more certain that the attainment of such a standard within the Chesapeake Bay airshed means that the amount of $NO_x$ pollution present in the air is not inflicting further damage on the already imperiled Chesapeake Bay.

13. Even if such a revision of the secondary NAAQS results in the adoption of a standard which the air quality in the Chesapeake region fails to meet, I would still benefit by having more accurate information on which to assess the degree of danger to the ecological health of the Chesapeake Bay that such $NO_x$ pollution levels represent.

14. Moreover, I would also benefit in that the failure to meet such a revised standard would trigger provisions of the Clean Air Act which are designed to bring about the expeditious attainment of the standard.

15. As an advocate for biological diversity, I have participated in several previous agency rulemaking processes that offer interested members of the public an opportunity to encourage the development of accurate scientific assessments of the impacts of pollution and the adoption of more protective environmental standards and will continue to do so in the future. Because I am especially interested in the impacts of both $NO_x$ and Sulfur Oxides ($SO_x$) pollution, I intend to participate as an interested member of the public during the NAAQS review and promulgation process to advocate the adoption of standards that are sufficiently stringent to protect the public health and public welfare. EPA's ongoing failure to complete this NAAQS review and revision process deprives me of this advocacy opportunity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_3/27/06_  
Date

_[signature: Todd Schulke]_  
Todd Schulke