UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
CENTER FOR BIOLOGICAL DIVERSITY        )
                                                        )        Civ. No. 05-1814 (JGP)
et al.,                                                 )
                        Plaintiffs,                 )
                                                        )
v.                                                      )
                                                        )
STEPHEN L. JOHNSON                         )
Administrator                                       )
United States Environmental Protection Agency    )
                                                        )
                        Defendant.               )
_____)

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Federal Rule of Civil Procedure 56 and LCvR 56.1, Plaintiff submits the following statement of material facts about which there is no genuine issue or dispute.

1.    Nitrogen oxides ("$NO_x$") such as Nitrogen Dioxide ("$NO_2$") are a group of gases emitted primarily through the combustion of fossil fuels in mobile and stationary sources.  First Amended Complaint ("Complaint") ¶ 19; Answer to First Amended Complaint ("Answer") ¶ 19.

2.    $NO_x$ emissions contribute to a variety of public health and public welfare problems. Complaint ¶ 20; Answer ¶ 20.

3.    $NO_x$ emissions are a precursor of ground-level ozone and particulate matter pollution, and they also play a role in the accumulation of excess nitrates in drinking water, the eutrophication of aquatic ecosystems and nitrification of soils, global climate change, increases in toxic pollutant levels, and the depletion of the ozone layer.  Complaint ¶ 20; Answer ¶ 20.

4.    $NO_x$ are regulated as a criteria pollutant under the Clean Air Act because of their adverse effects on public health and welfare.  See 40 C.F.R. § 50.11.

5.    The existing National Ambient Air Quality Standards ("NAAQS") for $NO_x$ use $NO_2$ as a surrogate parameter for all $NO_x$ emissions.  See id.

6.    The United States Environmental Protection Agency ("EPA") last completed a review to update the air quality criteria for $NO_x$ and NAAQS for $NO_2$ in 1996.  Complaint ¶ 22; Answer ¶ 22.

7.    Since 1996, extensive scientific evidence has emerged concerning the health and welfare effects of $NO_x$.  This recent evidence indicates that $NO_2$ is causing adverse effects to human health and welfare at levels allowed by the current $NO_2$ NAAQS.  See Committee on Environmental Health, American Academy of Pediatrics, "Ambient Air Pollution: Health Hazards to Children," Pediatrics 2004: 114: 1699-1707, at 1701 (health effects); Dales, Robert, et al., "Air Pollution and Sudden Infant Death Syndrome," Pediatrics 2004: 113: 628-31, at 629 (health effects); 70 Fed. Reg. 8892-94 (Feb. 23, 2005) (welfare effects).

8.    Although 42 U.S.C. § 7409(d)(1) requires that EPA complete such a review every five years, no review of the $NO_x$ criteria or $NO_2$ NAAQS has been completed since 1996, nor has there been any decision on the revision of such criteria or NAAQS or promulgation of new NAAQS pursuant to such a review.  Complaint ¶ 32 (pages 18-19); Answer ¶ 32.1.

9.    Sulfur Oxides ("$SO_x$") such as Sulfur Dioxide ("$SO_2$") are a group of gases formed primarily from the combustion of fuel containing sulfur, such as coal.  Complaint ¶ 31; Answer ¶ 31.

10.    $SO_x$ emissions have a variety of negative effects on both human health and the environment.  See EPA, Office of Air Quality Planning and Standards, "$SO_2$ –

How Sulfur Dioxide Affects the Way We Live & Breathe" (Nov. 2000), available at

http://www.epa.gov/air/urbanair/so2/index.html.

11.    $SO_x$ pollution contributes to respiratory problems, particularly for children and the

elderly, and aggravates existing heart and lung diseases.  Id.

12.    High levels of $SO_x$ emitted over a short period can be harmful to asthmatics.  Id.

13.    $SO_x$ also contribute to the formation of acid rain, which damages trees, crops, historic

buildings, and monuments and alters the acidity of both soils and water bodies.  Id.

14.    $SO_x$ emissions may be transmitted long distances and they contribute to visibility

impairment problems in many national parks.  Id.

15.    $SO_x$ are regulated as a criteria pollutant under the Clean Air Act because of their adverse

effects on public health and welfare.  See 40 C.F.R. §§ 50.4, 50.5.

16.    The existing NAAQS for $SO_x$ use $SO_2$ as a surrogate parameter for all $SO_x$ emissions.

See id.

17.    The EPA last completed a review to update the air quality criteria for $SO_x$ and NAAQS

for $SO_2$ in 1996.  Complaint ¶ 35; Answer ¶ 35.

18.    Since 1996, extensive scientific evidence has emerged concerning the adverse effects of

$SO_x$.  This recent evidence indicates that $SO_2$ is causing adverse effects to human health at levels

allowed by the current $SO_2$ NAAQS.  See Jane Q Koenig & Therese F Mar, Sulfur Dioxide:

Evaluation of Current California Air Quality Standards with Respect to Protection of Children at

22-23 (2000), available at http://www.oehha.ca.gov/air/pdf/oehhaso2.pdf.

19.    Moreover, EPA has known for years that $SO_x$ pollution causes adverse impacts to

sensitive plants at levels that are below the current $SO_2$ NAAQS.  See EPA, "A Screening

Procedure for the Impacts of Air Pollution Sources on Plants, Soils and Animals: Final Report," EPA 450/2-81-078 (Dec. 12, 1980) at pages 11 Table 3.1, 14 Table 3.2.

20.     Although 42 U.S.C. § 7409(d)(1) requires that EPA complete such a review every five years, no review of the $SO_x$ criteria or $SO_2$ NAAQS has been completed since 1996, nor has there been any decision on the revision of such criteria or NAAQS or promulgation of new NAAQS pursuant to such a review.  Complaint ¶ 32 (pages 20-21); Answer ¶ 32.2.

21.     Sherry Gillespie, Jeremy Nichols, Preston Forsythe, Todd Schulke, and Erik Johnson all live, work, and/or recreate in areas that are adversely impacted by $NO_x$ and/or $SO_x$ pollution. See Affidavit of Sherry Gillespie ¶¶ 3, 9; Affidavit of Jeremy Nichols ¶¶ 3, 8; Affidavit of Preston Forsythe ¶¶ 3-4; Affidavit of Todd Schulke ¶¶ 4-9; Affidavit of Erik Johnson ¶¶ 4, 10.

22.     Erik Johnson, Sherry Gillespie, Preston Forsythe, Jeremy Nichols, Todd Schulke, and Tina Johnson are individually injured by $NO_x$ and/or $SO_x$ pollution.  See Affidavit of Erik Johnson ¶¶ 10-14; Affidavit of Sherry Gillespie ¶¶ 9-12; Affidavit of Preston Forsythe ¶¶ 3-8; Affidavit of Jeremy Nichols ¶¶ 7-9, 13; Affidavit of Todd Schulke ¶¶ 4-9, 15; Affidavit of Tina Johnson ¶¶ 3-5.

23.     These injuries are directly traceable to EPA's failure to review and revise the air quality criteria and NAAQS related to $NO_x$ and $SO_x$ pollution.  See Affidavit of Erik Johnson ¶¶ 7-9; Affidavit of Sherry Gillespie ¶ 6-8; Affidavit of Preston Forsythe ¶¶ 8-10; Affidavit of Jeremy Nichols ¶¶ 4-6; Affidavit of Tina Johnson ¶¶ 5-7; Affidavit of Todd Schulke ¶¶ 9-11.

24.     EPA's completion of the required review will redress these injuries.  See Affidavit of Erik Johnson ¶¶ 15-17; Affidavit of Sherry Gillespie ¶¶ 14-16; Affidavit of Preston Forsythe ¶¶ 11-13; Affidavit of Jeremy Nichols ¶¶ 10-12; Affidavit of Tina Johnson ¶¶ 8-10; Affidavit of Todd Schulke ¶¶ 12-14.

Respectfully submitted,


____/s_____
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (859) 986-1299
E-mail: rukeiley@igc.org


Counsel for Plaintiffs

Dated: April 3, 2006