UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br>et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br><br>　　　　　Defendant. | )<br>)<br>)<br>)  Civ. No. 05-1814 (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[proposed] ORDER**

Before the Court is Plaintiffs' Motion for Summary Judgment as to Plaintiffs' First and Third Claims for Relief. [Doc. #  ]. Having reviewed the parties' arguments, the Court finds and concludes (1) that the plain statutory language of 42 U.S.C. §§ 7409(d)(1), 7408(d), and 7607(d) prohibits Defendant from taking more than five years to complete a thorough review of the air quality criteria for Nitrogen Oxides ("NO$_x$") and Sulfur Oxides ("SO$_x$") and the National Ambient Air Quality Standards ("NAAQS") for Nitrogen Dioxide ("NO$_2$") and Sulfur Dioxide ("SO$_2$"), to make such revisions to these air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for NO$_x$ and SO$_x$ as may be appropriate, and to publish notice of such actions in the Federal Register; and (2) that Defendant has violated this statutory deadline.

Therefore, it is **ORDERED** that Plaintiffs' Motion for Summary Judgment as to

Plaintiffs' First and Third Claim for Relief is **GRANTED**.[1]

It is **FURTHER ORDERED AND DECLARED** that the Administrator of the United States Environmental Protection Agency, in his official capacity, has failed to complete a thorough review of the air quality criteria for $NO_x$ and NAAQS for $NO_2$, to make such revisions to these air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for $NO_x$ as may be appropriate, and to publish notice of such actions in the Federal Register.

It is **FURTHER ORDERED AND DECLARED** that the Administrator of the United States Environmental Protection Agency, in his official capacity, has failed to complete a thorough review of the air quality criteria for $SO_x$ and NAAQS for $SO_2$, to make such revisions to these air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for $SO_x$ as may be appropriate, and to publish notice of such actions in the Federal Register.

It is **FURTHER ORDERED** that Defendant shall have until April 1, 2009 to complete the review process established by 42 U.S.C. § 7409(d)(1) with respect to the air quality criteria and related NAAQS for $NO_x$, and that Defendant will adhere to the following schedule in undertaking this process. Defendant shall complete the initial draft of the Criteria Document no later than March 1, 2007. Defendant shall finalize the Criteria Document no later than August 1, 2007. Defendant shall complete the initial draft of the Staff Paper no later than December 3, 2007. Defendant shall finalize the Staff Paper no later than April 1, 2008. Defendant shall sign the notice of proposed rulemaking no later than October 1, 2008 for publication in the Federal Register within 10 business days. The public comment period shall be open for 60 days. Defendant shall sign the notice of final rulemaking concerning any revisions to the NAAQS on or before April 1, 2009 for publication in the Federal Register within 10 business days. All tasks necessary for implementation shall also be completed on or before April 1, 2009.

---

[1] Plaintiffs' second and fourth claims, which contain alternative theories, are dismissed as moot.

It is **FURTHER ORDERED** that Defendant shall have until May 1, 2009 to complete the review process established by 42 U.S.C. § 7409(d)(1) with respect to the air quality criteria and related NAAQS for $SO_x$, and that Defendant will adhere to the following schedule in undertaking this process.  Defendant shall complete the initial draft of the Criteria Document no later than April 1, 2007.  Defendant shall finalize the Criteria Document no later than September 3, 2007.  Defendant shall complete the initial draft of the Staff Paper no later than January 3, 2008.  Defendant shall finalize the Staff Paper no later than May 1, 2008.  Defendant shall sign the notice of proposed rulemaking no later than October 31, 2008 for publication in the Federal Register within 10 business days.  The public comment period shall be open for 60 days.  Defendant shall sign the notice of final rulemaking concerning any revisions to the NAAQS on or before May 1, 2009 for publication in the Federal Register within 10 business days. All tasks necessary for implementation shall also be completed on or before May 1, 2009.

**IT IS SO ORDERED.**


**Dated: _____, 2006**          _____
                                                                    **JOHN GARRETT PENN**
                                                                    **United States District Judge**