IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 05-1814 (JGP) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), hereby requests an enlargement of time in which to respond to the summary judgment motion filed in this matter on April 3, 2006. Under the Court's scheduling order, Defendant's response is due on May 15, 2006. Defendant's counsel will be on leave from May 2 through May 16, 2006, on a long-planned trip to Europe. Therefore, Defendant requests that the time to respond to the pending summary judgment motion be extended until May 31, 2006.

Plaintiffs' counsel has stated that, for reasons of professional courtesy, he does not oppose this request.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/ EILEEN T. MCDONOUGH
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3126
eileen.mcdonough@usdoj.gov

April 19, 2006

Case 1:05-cv-01814-LFO    Document 21    Filed 04/19/2006    Page 2 of 2