IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No.: 05-1814 (JGP) |

**ORDER**

Upon consideration of the consent motion for extension of time filed by Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, it is hereby ordered that the motion is granted. Defendant shall respond to the pending summary judgment motion no later than May 31, 2006.

Executed this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE