IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) ) ) ) Plaintiff, ) ) v. ) ) STEPHEN L. JOHNSON, ) ADMINISTRATOR, UNITED STATES ) ENVIRONMENTAL PROTECTION ) AGENCY, ) ) Defendant. ) ) | Case No.: 05-1814 (JGP) |

## ORDER

Upon consideration of plaintiffs' motion for summary judgment and the cross-motion for summary judgment on remedy filed by defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), the Court hereby grants plaintiffs' motion for summary judgment on the issue of whether EPA failed to perform a mandatory duty to review, and, if appropriate, revise the existing air quality criteria for nitrogen oxides ("$NO_x$") and sulfur oxides ("$SO_x$") and national ambient air quality standards ("NAAQS") for nitrogen dioxide ("$NO_2$") and sulfur dioxide ("$SO_2$"), pursuant to section 109(d) of the Clean Air Act, 42 U.S.C. § 7409(d).  The Court denies plaintiffs' motion on the issue of remedy.

The Court grants EPA's cross-motion for summary judgment on remedy.  EPA shall review, and, if appropriate, revise the existing air quality criteria for nitrogen oxides and sulfur oxides and national ambient air quality standards ("NAAQS") for nitrogen dioxide and sulfur dioxide, in accord with the following schedule:

| $NO_2$ (primary/ | $SO_2$ (primary/ | $NO_2$ and $SO_2$ |


|  | public health) | public health) | (secondary, public welfare) |
|---|---|---|---|
| Final Science Assessment | July 11, 2008 | September 12, 2008 | December 12, 2008 |
| Notice of Proposed Rulemaking [1] | August 28, 2009 | October 30, 2009 | February 12, 2010 |
| Final Rule [2] | May 21, 2010 | July 30, 2010 | November 19, 2010 |

Executed this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Dates are for signature of notice for publication in the Federal Register of proposed rulemaking.

[2] Dates are for signature of notice for publication in the Federal Register of final rulemaking.