IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No.: 05-1814 (JGP) |

## EPA'S CROSS-MOTION
## FOR SUMMARY JUDGMENT ON REMEDY

This action was brought by Plaintiffs, the Center for Biological Diversity, Valley Watch, Preston Forsythe, Tina Johnson, and Jeremy Nichols, pursuant to the citizen suit provision of the Clean Air Act ("CAA" or the "Act,"), 42 U.S.C. § 7604(a)(2), to compel Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), to review, and, if appropriate, revise the existing air quality criteria for nitrogen oxides and sulfur oxides and national ambient air quality standards ("NAAQS") for nitrogen dioxide and sulfur dioxide, pursuant to section 109(d) of the Act, 42 U.S.C. § 7409(d).  EPA acknowledges that the Agency has not reviewed the relevant air quality criteria and NAAQS since 1996 and that, pursuant to section 109(d) of the Act, EPA has a current mandatory duty to undertake that review and to make any appropriate revisions.

Because EPA concedes liability, the only issue to be resolved by the Court is remedy – *i.e.*, the appropriate schedule under which EPA should undertake to review and, if appropriate,

revise the criteria and NAAQS for the Pollutants. EPA moves the Court to enter a schedule that would require EPA to complete its statutory obligations no later than November 19, 2010, in accord with the more detailed schedule set forth in EPA's proposed order. The reasons in support of this motion are set forth in the accompanying memorandum of law.

    Respectfully submitted,

    SUE ELLEN WOOLRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division

    /s/ EILEEN T. MCDONOUGH
    Environmental Defense Section
    U.S. Department of Justice
    P.O. Box 23986
    Washington, D.C. 20026-3986
    (202) 514-3126
    eileen.mcdonough@usdoj.gov

Of Counsel:

John Hannon
Lea Anderson
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Dated: May 31, 2006