IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 05-1814 (JGP) |

**EPA'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE
IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT ON REMEDY**

Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA") submits that the following material facts are not in dispute:

1. EPA has failed to perform its nondiscretionary duty under section 109(d) of the Clean Air Act, 42 U.S.C. § 7409(d), to review, and, if appropriate, revise the existing air quality criteria for nitrogen oxides ("$NO_x$") and sulfur oxides ("$SO_x$") and national ambient air quality standards ("NAAQS") for nitrogen dioxide ("$NO_2$") and sulfur dioxide ("$SO_2$") (jointly referred to herein as the "Pollutants").

2. EPA has been working to restructure the NAAQS review process in order to strengthen the NAAQS review process and to promote the overall timeliness of the review by avoiding redundancy and inefficiency in the document preparation and review process. Page Decl. ¶ 26.

3. The NAAQS review process consists of two phases: assessment and related

planning, and rulemaking. Page Decl. ¶ 9. In the assessment phase, EPA must complete four steps: planning, science assessment, risk and exposure assessment, and policy assessment, which is linked to the rulemaking phase. At the close of the assessment stage, EPA will sign a notice of proposed rulemaking addressing the issue of whether a revision of the NAAQS is appropriate. After allowing an opportunity for public comment, the Agency will sign a final rule on the NAAQS review. *Id*. ¶ 26-36.

4.    In 1971, EPA promulgated primary and secondary NAAQS for $NO_2$, each set at 0.053 parts per million averaged annually. 36 Fed. Reg. 8,186 (April 30, 1971). In 1978 EPA commenced a review of the air quality criteria, which covered both adverse health effects of acute exposures as well as a broader assessment of health and ecological effects associated with both short-term and long-term exposures to $NO_2$ and other NOx compounds. These reviews were reflected in a revised criteria document issued in 1982. In 1985 EPA issued a final decision, based on the revised air quality criteria, to retain the NAAQS for $NO_2$. 50 Fed. Reg. 25,532 (June 19, 1985). During the 1990's, EPA conducted an extensive review of the $NO_2$ NAAQS and the related air quality under section 109(d)(1) of the Act. With full involvement of CASAC and the public, this review led to publication of a revised criteria document (1993) and a staff paper (1995). After consideration of these documents, EPA determined in 1996 that revisions to the primary and secondary NAAQS for $NO_2$ were not appropriate. 61 Fed. Reg. 52,852 (Oct. 8, 1996). In this final determination in 1996, EPA noted that all areas of the United States were in attainment of the existing standards for $NO_2$. Declaration of Stephen D. Page, Director of the Office of Air Quality Planning and Standards, Office of Air and Radiation, EPA, ¶ 39 (May 31, 2006) ("Page Decl.").

5.    During the 1980's and 1990's, EPA conducted an extensive review of the air

quality criteria and NAAQS for $SO_2$ under section 109 (d)(1) of the Act. With full involvement of CASAC and the public, this review led to publication of a revised criteria document (1982), a staff paper (1982), a criteria document addendum (1986), a staff paper addendum (1986), a criteria document supplement (1994), and a staff paper supplement (1994). After consideration of these documents, EPA determined that revisions to the primary and secondary NAAQS for $SO_2$ were not appropriate in 1996, aside from several minor technical changes. 58 Fed. Reg. 21,351 (April 21, 1993) (secondary NAAQS); 61 Fed. Reg. 25,566 (May 22, 1996)(primary NAAQS). That decision with respect to the primary standard was subsequently remanded. Page Decl. ¶ 46.

6.  Since the last reviews of the NAAQS for $NO_2$ and $SO_2$, EPA has been accumulating additional information concerning the health and welfare effects of both these pollutants. Upon receiving notice that the plaintiffs intended to initiate this lawsuit, EPA accelerated these activities to enable formal commencement of the review as rapidly as possible. Among other things, NCEA began assessing the likely nature and scope of the relevant scientific assessments in light of trends in research since the last reviews; identifying key scientific questions and issues that will need to be addressed in the science assessments; and identifying external experts who would be qualified to serve as authors or reviewers in the development of science assessments or as participants in peer review workshops. NCEA and OAQPS have been coordinating efforts on planning for the reviews as a whole, including identifying key policy-relevant issues that would appropriately frame the reviews, and the related critical scientific questions, and determining the most efficient approach to organizing these reviews of the both the primary and secondary standards for both $NO_2$ and $SO_2$. Page Decl. ¶ 50.

7.  EPA has prepared and published Federal Register notices for each of the

pollutants, formally initiating the current reviews of the criteria and NAAQS and inviting interested parties to help assure that all relevant information will be considered. The call for information related to $NO_2$ was published in the Federal Register on December 9, 2005. The call for information related to $SO_2$ was published on May 15, 2006. Page Decl. ¶ 51.

  8. EPA currently intends to undertake closely coordinated reviews of the NAAQS for $NO_2$ and $SO_2$ on schedules that account for the important interrelationships between these two pollutants, most importantly in terms of their interdependent atmospheric chemistry and their interrelated effects on the environment. To most efficiently and effectively address these interrelationships, especially taking into account the complex science underlying the environmental affects of $NO_x$ and $SO_x$, EPA intends to review the public health impacts of $NO_x$ and $SO_x$ in two closely coordinated reviews, and to review the interrelated environmental effects of $NO_x$ and SOx jointly, in a separate review of the secondary NAAQS for these pollutants, somewhat offset from the two reviews of the primary NAAQS for each pollutant. Page Decl. ¶ 52.

  9. EPA is accordingly planning schedules for the reviews of the NAAQS for $NO_2$ and $SO_2$ that consists of a review of the primary standard for $NO_2$ that is coordinated with and followed closely in time by a review of the primary standard for $SO_2$. EPA is further planning to undertake a single review of the secondary standards for these two pollutants together. Page Decl. ¶ 53.

  10. As detailed in the Page Declaration, the resulting proposed schedules call for completion of final science assessments addressing the human health effects of $NO_x$ and $SO_x$ by July 11, 2008 and September 12, 2008, respectively; and a science assessment addressing the environmental effects of both $NO_x$ and $SO_x$ by December 12, 2008. EPA will then sign for

publication in the Federal Register notices of proposed rulemaking addressing the primary NAAQS for $NO_2$ and the primary NAAQS for $SO_2$ by August 28, 2009 and October 30, 2009, respectively; and notices of final action on the primary standard proposals by May 21, 2010 for $NO_2$ and by July 30, 2010 for $SO_2$. EPA will sign for publication a notice of proposed rulemaking addressing the secondary NAAQS for both $NO_2$ and $SO_2$ by February 12, 2010 and a notice of final action on the secondary standard proposal for $NO_2$ and $SO_2$ by November 19, 2010. Page Decl. ¶ 60.

11. These are very ambitious schedules and represent the minimum time reasonably necessary to complete each of the reviews, consistent with satisfying applicable legal requirements and reaching sound and scientifically supportable decisions. Page Decl. ¶ 60.

Respectfully submitted,

SUE ELLEN WOOLRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/ EILEEN T. MCDONOUGH
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3126
eileen.mcdonough@usdoj.gov

Of Counsel:
John Hannon
Lea Anderson
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Dated: May 31, 2006