IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 05-1814 (JGP) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**EPA'S RESPONSE TO PLAINTIFF'S
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA") responds to Sierra Club's Statement of Material Facts Not in Dispute ("Statement") as follows:

**I.     RESPONSE TO PARAGRAPHS 1 - 3**

The facts stated in Paragraphs 1 through 3 are material and are not disputed.

**II.    RESPONSE TO PARAGRAPH 4**

Nitrogen oxides ("$NO_x$") are regulated as a pollutant because they were listed by EPA pursuant to section 108(a) of the Clean Air Act ("CAA"), 42 U.S.C. § 7408(a).

**III.   RESPONSE TO PARAGRAPHS 5-6**

The facts stated in Paragraphs 5 through 6 are material and are not disputed.

**III.   RESPONSE TO PARAGRAPH 7**

A.     EPA disputes the statement in Paragraph 7 that recent evidence indicates that $NO_2$

is causing adverse effects to human health at levels allowed by the current $NO_2$ NAAQS. The studies cited by Plaintiffs in this Paragraph do not support this statement. Declaration of Dr. Lester D. Grant, Director of EPA's National Center for Environmental Assessment, ¶ 7 (May 31, 2006) (discussing studies).

   B. EPA disputes the statement in Paragraph 7 that recent evidence indicates that $NO_2$ is causing adverse effects to welfare at levels allowed by the current $NO_2$ NAAQS. The Federal Register notice cited by Plaintiffs in this Paragraph does not support this statement. Grant Decl. ¶ 8 (discussing notice).

## IV. RESPONSE TO PARAGRAPHS 8 - 14

The facts stated in Paragraphs 8 through 14 are material and are not disputed.

## V. RESPONSE TO PARAGRAPH 15

Sulfur oxides ("$SO_x$") are regulated as a pollutant because they were listed by EPA pursuant to section 108(a) of the Clean Air Act ("CAA"), 42 U.S.C. § 7408(a).

## VI. RESPONSE TO PARAGRAPHS 16 - 17

The facts stated in Paragraphs 16 through 17 are material and are not disputed.

## VII. RESPONSE TO PARAGRAPH 18

EPA disputes the statement in Paragraph 18 that recent evidence indicates that $SO_2$ is causing adverse effects to human health at levels allowed by the current $SO_2$ NAAQS. The study cited by Plaintiffs in this Paragraph does not support this statement. Grant Decl. ¶ 9 (discussing study).

## VIII. RESPONSE TO PARAGRAPH 19

EPA disputes the statement in Paragraph 19 that EPA has known for years that $SO_2$ pollution causes adverse impacts to sensitive plants at levels that are below the current $SO_2$

NAAQS. The report cited by Plaintiffs in this Paragraph does not support this statement. Grant Decl. ¶ 10 (discussing report).

### IX.    RESPONSE TO PARAGRAPH 20

The facts in Paragraph 20 are material and are not disputed.

### X.    RESPONSE TO PARAGRAPHS 21 - 25

EPA disputes the materiality of the facts asserted by Plaintiffs as to any issue other than standing, which has not been challenged here. To the extent relevant, EPA disputes the unsubstantiated assertion in Paragraph 22 that individual Plaintiffs actually suffer adverse health or welfare due to exposure to $NO_x$ or $SO_x$ pollution.

>                        Respectfully submitted,
>
>                        SUE ELLEN WOOLDRIDGE
>                        Assistant Attorney General
>                        Environment and Natural Resources Division
>
>                        /s/ EILEEN T. MCDONOUGH
>                        Environmental Defense Section
>                        U.S. Department of Justice
>                        P.O. Box 23986
>                        Washington, D.C. 20026-3986
>                        (202) 514-3126
>                        eileen.mcdonough@usdoj.gov

Of Counsel:
John Hannon
Lea Anderson
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Dated: May 31, 2006