# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ) <br> ) <br> et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON ) <br> Administrator ) <br> United States Environmental Protection Agency ) <br> ) <br> Defendant. ) | Civ. No. 05-1814 (JGP) |

**[REVISED PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Summary Judgment as to Plaintiffs' First and Third Claims for Relief. [Doc. #  ]. Having reviewed the parties' arguments, the Court finds and concludes (1) that the plain statutory language of 42 U.S.C. §§ 7409(d)(1), 7408(d), and 7607(d) prohibits Defendant from taking more than five years to complete a thorough review of the air quality criteria for Nitrogen Oxides ("$NO_x$") and Sulfur Oxides ("$SO_x$") and the National Ambient Air Quality Standards ("NAAQS") for Nitrogen Dioxide ("$NO_2$") and Sulfur Dioxide ("$SO_2$"), to make such revisions to these air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for $NO_x$ and $SO_x$ as may be appropriate, and to publish notice of such actions in the Federal Register; and (2) that Defendant has violated this statutory deadline.

Therefore, it is **ORDERED** that Plaintiffs' Motion for Summary Judgment as to

1

Plaintiffs' First and Third Claim for Relief is **GRANTED**.

It is **FURTHER ORDERED AND DECLARED** that the Administrator of the United States Environmental Protection Agency, in his official capacity, has failed to complete a thorough review of the air quality criteria for $NO_x$ and NAAQS for $NO_2$, to make such revisions to these air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for $NO_x$ as may be appropriate, and to publish notice of such actions in the Federal Register.

It is **FURTHER ORDERED** that the Administrator of the United States Environmental Protection Agency, in his official capacity, has failed to complete a thorough review of the air quality criteria for $SO_x$ and NAAQS for $SO_2$, to make such revisions to these air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for $SO_x$ as may be appropriate, and to publish notice of such actions in the Federal Register.

It is **FURTHER ORDERED** that Defendant shall have until June 30, 2009 to complete the review process established by 42 U.S.C. § 7409(d)(1) with respect to the primary air quality criteria and related NAAQS for $NO_x$, and that Defendant will adhere to the following schedule in undertaking this process.  Defendant shall release the initial draft of the Science Assessment no later than February 28, 2007.  The notice of proposed rulemaking concerning any revisions to the NAAQS must be signed on or before January 15, 2009.  The notice of final rulemaking shall be signed on or before June 30, 2009.  The proposed and final rule must be forwarded to the Office of the Federal Register within 10 business days of signature.

It is **FURTHER ORDERED** that Defendant shall have until August 30, 2009 to complete the review process established by 42 U.S.C. § 7409(d)(1) with respect to the primary air quality criteria and related NAAQS for $SO_x$, and that Defendant will adhere to the following schedule in undertaking this process.  Defendant shall release the initial draft of the Science

Assessment no later than April 30, 2007.  The notice of proposed rulemaking concerning any revisions to the NAAQS must be signed on or before March 15, 2009.  The notice of final rulemaking shall be signed on or before August 30, 2009.  The proposed and final rule must be forwarded to the Office of the Federal Register within 10 business days of signature.

It is **FURTHER ORDERED** that Defendant shall have until October 31, 2009 to complete the review process established by 42 U.S.C. § 7409(d)(1) with respect to the secondary air quality criteria and related NAAQS for $SO_x$ and $NO_x$, and that Defendant will adhere to the following schedule in undertaking this process.  Defendant shall release the initial draft of the Science Assessment no later than June 30, 2007.  The notice of proposed rulemaking concerning any revisions to the NAAQS shall be signed on or before May 15, 2009.  The final rulemaking must be signed no later than October 31, 2009. The proposed and final rule must be forwarded to the Office of the Federal Register within 10 business days of signature.

      **IT IS SO ORDERED.**

**Dated: _____, 2006**　　　　　_____
                                                              **JOHN GARRETT PENN**
                                                              **United States District Judge**