IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 05-1814 (JGP) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR EXTENSION OF TIME**

    Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), hereby requests an enlargement of time in which to file his reply in support of his cross-motion for summary judgment. Under the Rules of this Court, the reply is due on July 17, 2006. Counsel for defense requires additional time because of the press of other matters, including a brief due in the U.S. Court of Appeals for the Ninth Circuit on July 18, 2006, and two briefs due during this month in other matters pending before this Court. Because of these other demands and the size of plaintiffs' most recent filing, defendant requests leave to respond on August 11, 2006.

    Plaintiffs' counsel stated in their most recent memorandum of law that EPA should not be allowed to file any further brief at all in this matter. Plaintiffs takes issue with the fact that defendant filed a cross-motion for summary judgment instead of just a memorandum in

opposition to their motion. Plaintiffs' complaint is unfounded. The Court's scheduling order said that defendant was to file a "response" to plaintiffs' dispositive motion. Defendant does not read the order as prohibiting the filing of a cross-motion as well as an opposition. A cross-motion is a routine practice where defendant believes that he, rather than plaintiffs are entitled to judgment as a matter of law.[1]

Moreover, a reply is necessary in this matter. Plaintiffs chose to submit a declaration that purports to constitute expert testimony regarding the appropriate remedy in their most recent brief, instead of with their opening memorandum in support of their motion for summary judgment. Defendant is entitled to address the substance of this declaration, which is the only evidence put forth by plaintiffs to support their arguments.

For these reasons, defendant's motion for an extension of time in which to file a reply in support of his motion for summary judgment should be granted.

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division

    /s/ EILEEN T. MCDONOUGH
    Environmental Defense Section
    U.S. Department of Justice
    P.O. Box 23986
    Washington, D.C. 20026-3986
    (202) 514-3126
    eileen.mcdonough@usdoj.gov

July 17, 2006

---

[1] Plaintiffs question why the defendant's memorandum in support of the cross-motion and in opposition to plaintiffs' motion for summary was entered twice on the Court's docket. The Court's "Civil ECF Filing Pointers" requests counsel to do so where filing both an opposition and a cross-motion.