IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 05-1814 (JGP) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ) ) ) ) ) | |
| Defendant. ) ) | |

**ORDER**

Upon consideration of the consent motion for extension of time filed by Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, it is hereby ordered that the motion is granted. Defendant shall file a reply in support of his motion for summary judgment no later than August 11, 2006.

Executed this _____ day of _____, 2006.

_____
HON. JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE