UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br><br>Defendant. | Civ. No. 05-1814 (JGP) |

**[proposed] ORDER**

Before the Court is Defendant's Motion for Extension of Time. [Doc. #26]. Having reviewed the parties' arguments, the Court finds and concludes that the Court's January 31, 2006 Order did not allow for a reply in support of EPA's Cross-Motion for Summary Judgment and that EPA did not object to the January 31, 2006 Order even though that Order specifically required any party to state their objections by February 8, 2006.

Therefore, it is **ORDERED** that Defendant's Motion for Extension of Time is **DENIED**.

1

2

It is **FURTHER ORDERED** that Defendant shall not file any further briefs with regard to summary judgment without leave of the Court.

**IT IS SO ORDERED.**


**Dated: _____, 2006**          _____
                                                                                **JOHN GARRETT PENN**
                                                                                **United States District Judge**