# EXHIBIT 1

## NO$_2$ (Primary/Public Health)

<u>EPA</u>                                    <u>CBD</u>

| Task | Time Allowed | Completion Date | Time Allowed | Completion Date | Difference |
|---|---|---|---|---|---|
| Call for Information[1] |  | Dec. 9, 2005 |  | Dec. 9, 2005 | None |
| First Draft Science Assessment | *19.75 months[2]* | *July 31, 2007* | 14 months | Feb. 8, 2007 | 5.75 months |
| Final Science Assessment | 11.25 months | July 11, 2008 | *13.25 months* | *Mar. 15, 2008* | (2) months |
| Signature of Notice of Proposed Rulemaking | 13.5 months | Aug. 28, 2009 | 10 months | Jan. 15, 2009 | 3.5 months |
| Signature of Final Rule | 8.75 months | May 21, 2010 | 5.5 months | June 30, 2009 | 3.25 months |
|  |  |  |  |  |  |
| Total Months from Call for Information to Signature of Final Rule | 53.25 months |  | 42.75 months |  | 10.5 months |

---

[1]    EPA began work on the NAAQS reviews prior to publication of the calls for information, but the call days are the most convenient for purposes of comparisons.

[2]    The italicized entries are dates discussed by the parties in their submissions, but not included in their respective proposed orders.

## SO$_2$ (Primary/Public Health)

<u>EPA</u>                               <u>CBD</u>

| Task | Time Allowed | Completion Date | Time Allowed | Completion Date | Difference |
|---|---|---|---|---|---|
| Call for Information | | May 15, 2006 | | May 15, 2006 | None |
| First Draft Science Assessment | *16.5 months* | *Sept. 30, 2007* | 11.5 months | April 30, 2007 | 5 months |
| Final Science Assessment | 11.5 months | Sept. 12, 2008 | *12.5 months* | *May 15, 2008* | (1) months |
| Signature of Notice of Proposed Rulemaking | 13.5 months | Oct. 30, 2009 | 10 months | Mar. 15, 2009 | 3.5 months |
| Signature of Final Rule | 9 months | July 30, 2010 | 5.5 months | Aug. 30, 2009 | 3.5 months |
| | | | | | |
| Total Months from Call for Information to Signature of Final Rule | 50.5 months | | 39.5 months | | 11 months |

2

## NO$_2$ and SO$_2$ (Secondary, Public Welfare)

<u>EPA</u>                                              <u>CBD</u>

| Task | Time Allowed | Completion Date | Time Allowed | Completion Date | Difference |
|------|--------------|-----------------|--------------|-----------------|------------|
| Call for Information | | Dec. 9, 2005 and May 15, 2006 | | Dec. 9, 2005 and May 15, 2006 | None |
| First Draft Science Assessment | *24.75 months* | *Dec. 31, 2007* | 18.75 months | June 30, 2007 | 6 months |
| Final Science Assessment | 11.25 months | Dec. 12, 2008 | *12.5 months* | *July 15, 2008* | (12.5) months |
| Signature of Notice of Proposed Rulemaking | 14 months | Feb. 12, 2010 | 10 months | May 15, 2009 | 4 months |
| Signature of Final Rule | 9.25 months | Nov. 19, 2010 | 5.5 months | Oct. 31, 2009 | 3.75 months |
| | | | | | |
| Total Months from Call for Information to Signature of Final Rule | 59.25 months | | 46.75 months | | 12.5 months |

3