IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 05-1814 (JGP) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ) ) ) ) ) | |
| Defendant. ) ) | |

**EPA'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION**

On May 31, 2006, Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA" or "Agency"), filed a cross-motion for summary judgment in this matter. The motion requested that the Court enter the Agency's proposed schedule for the completion of the reviews of the existing air quality criteria for nitrogen oxides ("$NO_x$") and sulfur oxides ("$SO_x$") and the national ambient air quality standards ("NAAQS") for nitrogen dioxide ("$NO_2$") and sulfur dioxide ("$SO_2$") pursuant to section 109(d) of the Clean Air Act, 42 U.S.C. § 7409(d). In support of its motion, EPA submitted the Declaration of Steven Page, Director of the Office of Air Quality Planning and Standards ("OAQPS"), Office of Air and Radiation, United States Environmental Protection Agency (May 31, 2006) ("Page Decl.").

EPA now seeks to submit the attached supplementary declaration to provide additional

information.[1] Declaration of Steven Page (Oct. 16, 2006) ("Supp. Decl.") (attached hereto). Plaintiff contends that the information is material to the Court's review of the pending motions. While EPA disagrees and does not view this additional information as relevant to the pending motions, as it does not substantively affect the schedule presented by EPA, EPA has no objection to providing this information to the Court.

The Page Declaration explained that an Agency workgroup had recently made recommendations for revising the NAAQS review process. The Page Declaration further explained that EPA was still engaged in consultation with the Clean Air Scientific Advisory Committee ("CASAC"), as well as the general public, to decide the most effective and efficient process for completing these reviews. *Id.* ¶ 25 & n.4. In response to a request by CASAC, EPA has delayed consultation with CASAC on the draft review plans (integrated planning documents that identify the policy-relevant issues that will frame the NAAQS review) until the appointment of the full CASAC Review Panel for the primary (human-health based) standards for $NO_2$ and $SO_2$ and of the full Panel for the secondary (welfare-based) standards for these pollutants.[2] Supp. Decl. ¶¶ 4-5. This will allow all members of the Panels to review and advise EPA on the review plans.[3] *Id.* Although EPA is accelerating the appointment of the CASAC Review Panels

---

[1]   As required by the Court's rules, EPA consulted plaintiff's counsel regarding this motion. Plaintiff did not give unconditional consent to this request. Plaintiff did not state whether it would file a response.

[2]   The full CASAC Review Panel for a standard is comprised of the seven members of the CASAC and up to an additional fifteen expert consultants selected for their particular expertise in areas pertinent to the specific pollutant under review. Supp. Dec. ¶ 4.

[3]   In past reviews, CASAC's members (as well as the general public) commented on the draft plan, but the plan was finalized before the process of appointing the full panel was

(continued...)

for $NO_2$ and $SO_2$, the full Panels will be formed no earlier than the end of 2006. *Id*. ¶ 5.

EPA's accommodation of CASAC's request will not delay completion of the Agency's review of the air quality criteria for $NO_x$ and $SO_x$ or the NAAQS for $NO_2$ and $SO_2$. *Id*. ¶ 6. Although finalization of the planning process will occur later than initially projected by the Agency, EPA is not delaying the compilation and review of the relevant medical, scientific, and technical information while time is taken to constitute the CASAC Review Panels. *Id*. The Agency has begun work on the science assessments, including preparations for peer-review workshops to be held in 2006 and 2007. *Id*. The finalization of the planning process will overlap with this ongoing scientific assessment process. *Id*. Accordingly, the Agency will still meet the schedule requested in the cross-motion for summary judgment and the dates specified in the Page Declaration for the completion of the three significant steps of the reviews: (1) the final science assessments; (2) signature of the proposed rules; and (3) signature of the final rules. Supp. Dec. ¶ 6.

The change discussed here does not materially affect the graphs attached to the May 31, 2006 Page Declaration, which illustrate the steps in the review process and the amount of time reasonably needed for each step, other than to extend the timing for the review plans. *See id*. ¶ 61. Given the time needed to appoint the full CASAC Review Panels, the preparation of the final NAAQS review plans will take place in the first half of 2007. However, the plans will receive more meaningful input from CASAC, as each will be reviewed by the entire Review Panel for the standard, and will be strengthened by their integration with the peer-review science

---

[3]/(...continued)
complete. Supp. Dec. ¶ 4.

workshops. *See* Supp. Decl. ¶ 6. These benefits will occur without causing delay in the science assessments or the subsequent steps in the NAAQS reviews. Thus, the change is not material because it does not affect the Agency's ability to meet the specific dates it has provided to the Court. Nonetheless, EPA is providing this information because Plaintiff considers it material and EPA has no objection to providing the Court with this information.

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        Environment and Natural
         Resources Division

        <u>/s/ Eileen T. McDonough</u>
        EILEEN T. MCDONOUGH
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        (202) 514-3126
        eileen.mcdonough@usdoj.gov

October 17, 2006