IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.: 05-1814 (JGP) |

## ORDER

Upon consideration of the motion for leave to file a supplemental declaration filed by Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, it is hereby ordered that the motion is granted.

Executed this _____ day of _____, 2006.


_____
HON. JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE