UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al., | ) ) ) )  Civ. No. 05-1814 (JGP) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| STEPHEN L. JOHNSON Administrator United States Environmental Protection Agency | ) ) ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO EPA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**

On October 17, 2006, Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA") filed a motion for leave to file a supplemental declaration of Stephen D. Page.  See EPA's Motion for Leave to File Supplemental Declaration. This supplemental declaration provides the Court with updated information concerning EPA's process in reviewing the air quality criteria and National Ambient Air Quality Standards at issue in this case.  See Supplemental Declaration of Stephen D. Page ¶¶ 4-6.  Plaintiffs Center for Biological Diversity, Valley Watch, Inc., Preston Forsythe, Tina Johnson, and Jeremy Nichols now enter their non-opposition to this motion.

                                              Respectfully submitted,

                                              ____/s_____
                                              Robert Ukeiley (MD14062)

                                          Law Office of Robert Ukeiley
                                        433 Chestnut Street
                                        Berea, KY 40403
                                        Tel: (859) 986-5402
                                        Fax: (859) 986-1299
                                        E-mail: rukeiley@igc.org

                                        Counsel for Plaintiff

Dated: October 25, 2006