UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al., | ) ) ) ) Civ. No. 05-1814 (JGP) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEPHEN L. JOHNSON Administrator United States Environmental Protection Agency | ) ) ) ) |
| Defendant. | ) ) ) |

**[proposed] ORDER**

Before the Court is Plaintiffs' Motion for Expedited Review. [Doc. #  ]. Having reviewed the parties' arguments, and otherwise being fully advised, the Court finds and concludes (1) that oral argument will assist the Court in resolving this case and (2) that because of the impending deadlines in Plaintiffs' proposed remedy and the significant threat that the air pollutants at issue represent to the public health and public welfare, expeditious adjudication of the remaining issues in this case is necessary.

Therefore, it is **ORDERED** that Plaintiffs' Motion for Expedited Review is **GRANTED**.

2

It is **FURTHER ORDERED AND DECLARED** that the Court will hear oral argument at ____:_____ a.m./p.m. on _____, _____, 200_.

**IT IS SO ORDERED.**

**Dated: _____, 200_**

_____
**JOHN GARRETT PENN**
**United States District Judge**