UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CENTER FOR BIOLOGICAL               )
DIVERSITY, *et al.*,                )
                                    )
      Plaintiffs,                )
                                    )
v.                                  ) Civ. No. 05-1814 (JGP)
                                    )
STEPHEN L. JOHNSON                  )
Administrator                       )
United States                       )
Environmental Protection Agency     )
                                    )
      Defendant.                 )
_____)

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiffs hereby notify the Court and the parties of the change of address and fax number for the law firm of the Plaintiffs' counsel, Robert Ukeiley. The telephone and e-mail remain the same. The new information is:

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Fax: (866) 618-1017

Respectfully submitted,

_____
Robert Ukeiley
(MD14062)
Law Office of Robert Ukeiley
435R Chestnut Street
Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

Counsel for Plaintiffs

Dated: Feb. 13, 2007