CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 05-1814 (LFO) |
| | ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | ) | Category   C |
| | ) | |
| Defendants | ) | |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>July 27, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Louis F. Oberdorfer</u> by direction of the Calendar Committee.

(Judge Oberdorfer consented to the Transfer)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Oberdorfer & Courtroom Deputy
      Judge Penn & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk