UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br>　　　　Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON <br> Administrator <br> United States Environmental Protection Agency <br><br>　　　　Defendant. | Civ. No. 05-1814 (LFO) |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

　　　　Pursuant to the Court's July 27, 2007 Order, Plaintiffs offer the following supplemental brief on recent factual developments.

　　　　In Plaintiffs' reply brief, they requested that the Court require the United States Environmental Protection Agency (EPA) to release the first draft of the science assessment for the primary nitrogen oxides (NOx) national ambient air quality standard (NAAQS) by February 28, 2007, the first draft of the science assessment for the primary sulfur dioxide (SOx) NAAQS by April 30, 2007, and the first draft of the science assessment for the secondary NOx and SOx NAAQS by June 30, 2007. As these dates have all passed, these requested deadlines are no longer at issue. This passage of time should also obviate the need for the Court to decide the legal issue of whether the Court has the equitable power to impose interim deadlines. See e.g.

1

Plaintiffs' Reply in Support of Their Motion for Summary Judgment at 13 – 16 (arguing that Court has equitable power to impose interim deadlines including deadlines for draft documents).

EPA does continue to make progress that would allow it to meet the rest of the deadlines proposed by Plaintiffs. For example, on August 7, 2006 EPA requested nominations for Clean Air Scientific Advisory Council (CASAC) Review Panels for NOx and SOx. See 71 Fed. Reg. 44695 (Aug 7, 2006). On February 26-28, 2007 EPA held a workshop on Assessment of Health Science for the Review of the National Ambient Air Quality Standards (NAAQS) for NOx and SOx. See 72 Fed. Reg. 6238 (Feb. 9, 2007). On July 17, 18, and 19, 2007 EPA held a workshop on the secondary NAAQS for NOx and SOx. See 72 Fed. Reg. 34004 (June 20, 2007).

However, lacking a Court ordered deadline, EPA appears to be slightly slipping from its schedule. For example, Stephen Page's affidavit to the Court proposed that the first draft of the scientific assessment for the primary NOx standard would be released to the public in July of 2007. See EPA's Reply Memorandum in Support of Cross-Motion for Summary Judgment, Exhibit 1 at 1. However, as of today, August 10, 2007, EPA has not released for public review the first draft of its scientific assessment for the primary NOx standard. There is no legal requirement for EPA to prepare a second draft of the scientific assessment or the risk assessment or policy assessment which EPA proposes to do. In fact, these processes are dubious legality although that is not an issue that need be addressed in this deadline suit. EPA is still in a position to get back on track and meet the deadlines requested by Plaintiffs.

Meanwhile, EPA continues to expend effort and resources on rulemakings that do not have congressionally mandated deadlines, some of which even allow increased emissions of air pollution. See e.g. 72 Fed. Reg. 31491 (June 7, 2007); . This includes rulemakings that do not have a congressionally mandated deadline, allow increased emissions of air pollution and are

illegal.  See e.g. 72 Fed. Reg. 32526 (June 13, 2007)(EPA removing non-mandated regulations that were vacated in New York v. EPA, 413 F.3d 3 (D.C. Cir. 2005)).

    Therefore, for the above reasons as well as the reasons in the previous briefs, Plaintiffs request that the Court grant the relief requested in the Plaintiffs' reply brief.

                                                Respectfully submitted,

                                                ___/s_____  
                                                Robert Ukeiley  
                                                Law Office of Robert Ukeiley  
                                                435R Chestnut Street, Suite 1  
                                                Berea, KY 40403  
                                                Tel: (859) 986-5402  
                                                Fax: (866) 816-1017  
                                                E-mail: rukeiley@igc.org

                                                Counsel for Plaintiffs

Dated: August 10, 2007