IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 05-1814 (JGP) ) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) |
| Defendant. | ) ) ) |

## EPA'S SUPPLEMENTAL BRIEF

This action was brought by the Center for Biological Diversity, Valley Watch, Preston Forsythe, Tina Johnson, and Jeremy Nichols, pursuant to the citizen suit provision of the Clean Air Act ("CAA" or the "Act,"), 42 U.S.C. § 7604(a)(2), to compel Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA" or "the Agency"), to review, and, if appropriate, revise the existing air quality criteria for nitrogen oxides ("NOx") and sulfur oxides ("SOx") and national ambient air quality standards ("NAAQS") for nitrogen dioxide ("$NO_2$") and sulfur dioxide ("$SO_2$"), pursuant to section 109(d) of the Act, 42 U.S.C. § 7409(d). EPA acknowledges that the Agency has not reviewed the relevant air quality criteria and NAAQS since 1996 and that, pursuant to section 109(d) of the Act, EPA has a current mandatory duty to undertake that review and to make any appropriate revisions. Plaintiffs do not take issue with EPA's conclusion that the most effective approach for the NAAQS reviews for these pollutants is to have three separate reviews on staggered

schedules.  *See* EPA's Reply Memorandum in Support of Cross-Motion for Summary Judgment (July 31, 2006) at 2.

On May 31, 2006, EPA filed a cross-motion for summary judgment in this matter, requesting that the Court enter the Agency's proposed schedule for the completion of the rulemakings at issue.  In support of its motion, EPA submitted the Declaration of Stephen D. Page, Director of the Office of Air Quality Planning and Standards ("OAQPS"), Office of Air and Radiation, United States Environmental Protection Agency (May 31, 2006) ("Page Decl.").  EPA later filed a motion for leave to submit a supplementary declaration to provide additional information.  EPA's Motion for Leave to File a Supplemental Declaration (October 17, 2006) attaching Supplemental Declaration of Stephen D. Page (October 16, 2006).  On July 27, 2007, the Court requested that the parties file supplemental briefs regarding this case.

As explained in detail in EPA's initial brief to the Court, the Agency is committed to completing the review of the existing air quality criteria for NOx and SOx and, if appropriate, to revising the NAAQS for $NO_2$ and $SO_2$ as rapidly as possible, consistent with satisfying legal requirements and ensuring a sound and scientifically supportable decision.  EPA's Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment (May 31, 2006).  EPA has made substantial progress towards this goal, Second Supplemental Declaration of Stephen D. Page ¶ 6(August 10, 2006) ("Second Suppl. Page Decl.") (Exhibit 1 hereto), and is currently on track to complete its obligations according to the schedule proposed in its May 2006 memorandum to the Court as set forth below:

|  | $NO_2$ (primary/ public health) | $SO_2$ (primary/ public health) | $NO_2$ and $SO_2$ (secondary, public welfare) |
|---|---|---|---|
| Final Science Assessment[1] | July 11, 2008 | September 12, 2008 | December 12, 2008 |
| Notice of Proposed Rulemaking [2] | August 28, 2009 | October 30, 2009 | February 12, 2010 |
| Final Rule[3] | May 21, 2010 | July 30, 2010 | November 19, 2010 |

Because of recent changes made to the overall administrative process for completing NAAQS reviews and better information regarding the time necessary to complete the various steps, however, EPA has made some adjustments to the process for completing the reviews of the $NO_2$ and $SO_2$ NAAQS since its May 2006 cross-motion for summary judgment. Second Suppl. Page Decl. ¶ 5. Although these adjustments do not affect EPA's ability to meet the proposed schedule and are, therefore, not material, the most germane adjustments are described herein, in the Second Supplemental Declaration of Stephen D. Page, and in EPA's supplemental motion filed on October 17, 2006. *See* EPA's Motion for Leave to File Supplemental Declaration and Supplemental Declaration of Stephen D. Page.

At the time of EPA's initial cross-motion for summary judgment, an EPA workgroup had recently made recommendations for revising the NAAQS review process, Page Decl. ¶ 25,

---

[1]   This document is now referred to as the "Integrated Science Assessment." Second Suppl. Page Decl. ¶ 4.

[2]   Dates are for signature of notice for publication in the Federal Register of proposed rulemaking.

[3]   Dates are for signature of notice for publication in the Federal Register of final rulemaking.

but the Agency was still engaged in the process of deciding the most effective and efficient process for completing the NAAQS reviews. EPA has now completed its thorough review of its procedures for reviewing NAAQS and has revised these procedures to enhance the efficiency, transparency, and accountability of the NAAQS review process while preserving its scientific integrity. In a memorandum dated December 7, 2006, Marcus Peacock, Deputy Administrator of EPA, adopted the recommendations of the EPA workgroup. Second Supp. Page Decl. ¶ 4. These recommendations are consistent with the schedule and process described in EPA's cross-motion for summary judgment, with the minor exception already described in EPA's motion of October 17, 2006 and with the changes described herein. Neither of these revisions to the NAAQS review process are material with respect to the schedule proposed by EPA in its cross-motion for summary judgment as neither will affect the Agency's ability to meet the specific dates it has provided to the court. Second Supp. Page Decl. ¶ 5.

As explained in the Page Declaration submitted to the court in May 2006, the NAAQS review process necessarily includes a science, exposure/risk, and policy assessment phase and related planning, followed by a regulatory development phase. Page Decl. ¶ 9. With respect to the policy assessment phase, the EPA workgroup recommended that it be addressed through the preparation of a draft policy assessment document. *Id.* ¶ 66. EPA has made several changes to the NAAQS review process regarding the preparation of the policy assessment. Most significantly, the policy assessment will be issued in the form of an advance notice of proposed rulemaking ("ANPR") that will be published in the Federal Register. Second Suppl. Page Decl. ¶ 4. Additional modifications regarding the timing of various elements of the NAAQS review process at this stage in the review were also made to provide additional opportunity for CASAC

to provide advice prior to the issuance of the ANPR. *Id.* EPA does not anticipate that these changes will interfere with EPA's ability to meet the schedule requested in EPA's cross-motion for summary judgment. *Id.*

          Respectfully submitted,

          RONALD J. TENPAS
          Acting Assistant Attorney General
          Environment and Natural Resources Division

          /s/ EILEEN T. MCDONOUGH
          Environmental Defense Section
          U.S. Department of Justice
          P.O. Box 23986
          Washington, D.C. 20026-3986
          (202) 514-3126

Of Counsel:          eileen.mcdonough@usdoj.gov
John Hannon
Lea Anderson
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

August 10, 2007