# EXHIBIT

# SECOND SUPPLEMENTAL PAGE DECLARATION (AUGUST 9, 2007)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 05-1814 (JGP) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## SECOND SUPPLEMENTAL DECLARATION OF STEPHEN D. PAGE

I, Stephen D. Page, under penalty of perjury, affirm and declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my own personal knowledge or on information contained in the records of the United States Environmental Protection Agency (EPA) or supplied to me by EPA employees under my supervision.

1.    I am the Director of the Office of Air Quality Planning and Standards (OAQPS) within the Office of Air and Radiation at EPA, a position I have held since September 2002. Prior to that time, I served as Director of the Office of Radiation and Indoor Air and in various other positions at EPA.

2.    In my current capacity as Director of OAQPS, I am responsible for overseeing EPA's implementation of major portions of the Clean Air Act (CAA or Act), including the promulgation of many significant regulations pursuant to the CAA.  In this capacity, I am familiar with the processes and time periods required for major EPA actions under the CAA,

including periodic reviews and, as appropriate, revision of air quality criteria and national

ambient air quality standards ("NAAQS") under section 109(d) of the Clean Air Act, 42 U.S.C. §

7409(d).

       3.     I described EPA's process for performing the review of the existing air quality

criteria for nitrogen oxides ("NOx") and sulfur oxides ("SOx") and the NAAQS for nitrogen

dioxide ("$NO_2$") and sulfur dioxide ("$SO_2$") in my Declaration of May 31, 2006.   In the

Declaration, I specified proposed dates for the completion of the three major steps of the process

necessary to complete the reviews consistent with the schedules requested in EPA's cross-

motion for summary judgment:  (1) the final science assessments; (2) signature of the proposed

rules; and (3) signature of the final rules.  Page Decl. ¶ 60.  Attached to the Declaration are

charts illustrating the various steps in the NAAQS review process and the amount of time

reasonably needed for each of these steps.  *Id.* ¶ 61.  The process and schedule that I described in

my  Declaration were based on the recommendations of an internal NAAQS Process Review

Workgroup (hereafter "Workgroup") that prepared a comprehensive report in March 2006 with

specific advice for strengthening the NAAQS process.  Page Decl. ¶ 24-25.  The NAAQS review

process necessarily includes a science, exposure/risk, and policy assessment phase and related

planning, followed by a regulatory development phase.  Page Decl. ¶  9.  With respect to the

policy assessment phase, the EPA Workgroup recommended that it be addressed through the

preparation of a draft policy assessment document.  *Id.* ¶ 66.  The EPA Workgroup

recommended that this draft document be made available to the Clean Air Act Science Advisory

Committee (CASAC) and the public for review.  *Id.*   Following review of the draft document,

EPA would prepare a final policy assessment taking into account CASAC advice and public

comments on the draft policy assessment as well as on the second draft exposure/risk assessment. *Id.* The final policy assessment, as well as the final science assessment and exposure/risk assessment, would form the basis for the development of a proposed notice of rulemaking for publication in the Federal Register. *Id.* ¶ 67.

4.      In a memorandum dated December 7, 2006 (Attachment A), Marcus Peacock, Deputy Administrator of EPA, adopted the recommendations of the Workgroup and identified specific changes to the NAAQS review process to restructure the timing and approach of the various elements of that process for upcoming and ongoing reviews. These specific changes are substantially identical in all relevant respects to the process described in my Declaration of May 31, 2006 and in my Supplemental Declaration of October 16, 2006; however, EPA has revised one aspect of the approach described in my Declaration (*see* Page Decl. ¶ 66). Under this revision, the policy assessment, which will include relevant analyses and assessments of policy issues, will be issued in the form of an Advance Notice of Proposed Rulemaking (ANPR) in the Federal Register. In a memorandum dated April 17, 2007 (Attachment B), and after additional consultations with the Clean Air Science Advisory Committee (CASAC), Marcus Peacock further modified the NAAQS review process to provide additional opportunity for CASAC to provide advice to the EPA prior to the issuance of the ANPR. Specifically, the memorandum provides that the second draft risk/exposure assessment report will be issued by EPA and reviewed by CASAC prior to issuance of the ANPR. In addition, EPA will issue the final risk/exposure assessment report prior to issuance of the ANPR. These changes will improve the ability of CASAC and the public to provide advice to the Administrator on policy options prior to issuance of an ANPR, and will provide an opportunity for more meaningful comment on the

ANPR.

    5.    In my Declaration of May 31, 2006, I included timeline charts showing the various steps in the review processes for the primary and secondary $NO_2$ and $SO_2$ NAAQS in graphic form, as well as the minimum amount of time EPA reasonably will need to complete each step. Page Decl. Attachment A.  Since May 2006, there have been changes made to the overall administrative process for completing NAAQS reviews, and EPA also now has better information regarding the time reasonably necessary to complete the various steps.  Given the various adjustments to the steps in our anticipated review process,  I am including revised timeline charts (Attachment C) showing the tasks (and timing) involved in the reviews of the standards for $NO_2$ and $SO_2$.  As the revised timeline charts show, EPA's schedule for completing the final reviews is not affected by the modification to the NAAQS review process described in the paragraphs above.  *Compare* Page Decl. Attachment A *to* Attachment C.  EPA anticipates that issuing the policy assessment in the form of an ANPR, with the other changes noted above, will not interfere with meeting the schedule requested in EPA's cross-motion for summary judgment.

    6.    EPA has made substantial progress to date in its review of the $NO_2$ and $SO_2$ NAAQS.  CASAC review panels for the primary (human-health based) standards for $NO_2$ and $SO_2$ and for the secondary (welfare-based) standards have been appointed, and the Agency held successful and productive workshops in February and July of this year respectively for the primary and secondary standards.   EPA Staff  is close to completion of final integrated review plans for the $NO_2$ and $SO_2$  primary standards and to a draft of the integrated review plan for the secondary standards.  The Office of Research and Development ("ORD") will also soon be

completing first drafts of the Integrated Science Assessments for the primary standards. (EPA now uses the term "Integrated Science Assessment" to refer to the science assessment so as to reflect the nature of the document under the new NAAQS review process).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this **9th** day of August, 2007, at Research Triangle Park, N.C.

STEPHEN D. PAGE

Director, Office of Air Quality Planning and Standards
United States Environmental Protection Agency