# ATTACHMENT C

# SECOND SUPPLEMENTAL PAGE DECLARATION

# TIMELINES FOR NAAQS REVIEWS

*August 9, 2007* — **Draft Plans for Reviews of the NO₂ and SO₂ NAAQS** — ~~*Deliberative and Confidential*~~

| Task Name | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **NO2 REVIEW: Primary Standard** | | | | | |
| **Integrated Plan** | | | | | |
|   Call for Information | | | | | |
|   Workshop on science/policy issues | | | | | |
|   Prepare draft Integrated Review Plan | | | | | |
|   CASAC consultation/public comment on Plan | | | | | |
|   Final Integrated Review Plan | | | | | |
| **Integrated Science Assessment** | | | | | |
|   Prepare 1st draft ISA | | | | | |
|   CASAC/public review of 1st draft ISA | | | | | |
|   Prepare 2nd draft ISA | | | | | |
|   CASAC/public review of 2nd draft ISA | | | | | |
|   Final ISA | | | | | |
| **Risk/Exposure Assessment (RA)** | | | | | |
|   RA scope/methods plan | | | | | |
|   CASAC consultation/public comment on RA plan | | | | | |
|   Prepare 1st draft RA | | | | | |
|   CASAC/public review of 1st draft RA | | | | | |
|   Prepare 2nd draft RA | | | | | |
|   CASAC/public review of 2nd draft RA | | | | | |
|   Final RA | | | | | |
| **Policy Assessment/Rulemaking** | | | | | |
|   Prepare ANPR | | | | | |
|   CASAC review/public comment on ANPR | | | | | |
|   Proposed rulemaking | | | | | |
|   Final rulemaking | | | | | |

*Legend:* **NCEA/ORD** (green)   **OAQPS/OAR** (blue)   **ORD/OAR** (black)   **CASAC** (red)

# Draft Plans for Reviews of the NO$_2$ and SO$_2$ NAAQS

*August 9, 2007*  —  ~~Deliberative and Confidential~~

| Task Name | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **SO2 REVIEW: Primary Standards** | | | | | |
| **Integrated Plan** | | | | | |
|   Call for Information | | | | | |
|   Workshop on science/policy issues | | | | | |
|   Prepare draft Integrated Review Plan | | | | | |
|   CASAC consultation/public comment on Plan | | | | | |
|   Final Integrated Review Plan | | | | | |
| **Integrated Science Assessment** | | | | | |
|   Prepare 1st draft ISA | | | | | |
|   CASAC/public review of 1st draft ISA | | | | | |
|   Prepare 2nd draft ISA | | | | | |
|   CASAC/public review of 2nd draft ISA | | | | | |
|   Final ISA | | | | | |
| **Risk/Exposure Assessment (RA)** | | | | | |
|   RA scope/methods plan | | | | | |
|   CASAC consultation/public comment on RA plan | | | | | |
|   Prepare 1st draft RA | | | | | |
|   CASAC/public review of 1st draft RA | | | | | |
|   Prepare 2nd draft RA | | | | | |
|   CASAC/public review of 2nd draft RA | | | | | |
|   Final RA | | | | | |
| **Policy Assessment/Rulemaking** | | | | | |
|   Prepare ANPR | | | | | |
|   CASAC review/public comment on ANPR | | | | | |
|   Proposed rulemaking | | | | | |
|   Final rulemaking | | | | | |

*Legend:*  NCEA/ORD   OAQPS/OAR   ORD/OAR   CASAC

*August 9, 2007* — **Draft Plans for Reviews of the NO₂ and SO₂ NAAQS** — ~~Deliberative and Confidential~~

| Task Name |
|---|
| **NO2/SO2 REVIEW: Secondary Standards** |
| **Integrated Plan** |
|   Call for Information |
|   Workshop on science/policy issues |
|   Prepare draft Integrated Review Plan |
|   CASAC consultation/public comment on Plan |
|   Final Integrated Review Plan |
| **Integrated Science Assessment** |
|   Prepare 1st draft ISA |
|   CASAC/public review of 1st draft ISA |
|   Prepare 2nd draft ISA |
|   CASAC/public review of 2nd draft ISA |
|   Final ISA |
| **Risk/Exposure Assessment (RA)** |
|   RA scope/methods plan |
|   CASAC consultation/public comment on RA plan |
|   Prepare 1st draft RA |
|   CASAC/public review of 1st draft RA |
|   Prepare 2nd draft RA |
|   CASAC/public review of 2nd draft RA |
|   Final RA |
| **Policy Assessment/Rulemaking** |
|   Prepare ANPR |
|   CASAC review/public comment on ANPR |
|   Proposed rulemaking |
|   Final rulemaking |

Timeline: 2006 – 2010 (Gantt chart)

*Legend:* NCEA/ORD (green), OAQPS/OAR (blue), ORD/OAR (black), CASAC (red)