IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 05-1814 (LFO) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) | |
| Defendant. | ) ) | |

DEFENDANT'S NOTICE OF LODGING
OF PROPOSED CONSENT DECREE

Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), with this notice lodges with the Court a proposed consent decree.

The proposed consent decree which Defendant lodges today should not be signed or entered by the Court at this time. Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), the consent decree is not final and cannot be entered by the Court until the EPA Administrator provides "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action" to comment in writing upon the proposed decree. After a reasonable public comment period, the EPA Administrator and the Attorney General, as appropriate, must promptly consider any written comments received. Id. If the Administrator and the Attorney General determine that none of the comments disclose facts or considerations which indicate that the decree is inappropriate, improper, inadequate or

inconsistent with the requirements of the Clean Air Act, EPA will request the Court to enter the decree.  Id.

                Respectfully submitted,

                RONALD J. TENPAS
                Acting Assistant Attorney General
                Environment and Natural Resources Division

                /s/ EILEEN T. MCDONOUGH
                Environmental Defense Section
                U.S. Department of Justice
                P.O. Box 23986
                Washington, D.C. 20026-3986
                (202) 514-3126
Of Counsel:                eileen.mcdonough@usdoj.gov

John Hannon
Lea Anderson
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

September 5, 2007