UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
CENTER FOR BIOLOGICAL DIVERSITY    )
*et al.*,                                     )    Civ. No. 05-1814 (LFO)
                                       )
        Plaintiffs,                    )
                                       )
v.                                          )
                                       )
STEPHEN L. JOHNSON                     )
Administrator                                )
United States Environmental Protection Agency  )
                                     )
        Defendant.                   )
_____)

### JOINT MOTION TO ENTER CONSENT DECREE

1.      On February 3, 2006, Plaintiffs Center for Biological Diversity, Valley Watch, Inc., Preston Forsythe, Tina Johnson and Jeremy Nichols filed their first amended complaint in this action pursuant to section 304(a)(2) of the Clean Air Act ("CAA"), 42 U.S.C. § 7604(a)(2), alleging that Defendant, Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (hereinafter "EPA") failed to perform mandatory duties pursuant to CAA § 109(d)(1) to complete another cycle of review, revision, and promulgation actions for nitrogen dioxide ("$NO_2$") and oxides of nitrogen ("$NO_x$"). Specifically, Plaintiffs alleged Defendant has failed to complete a thorough review of the air quality criteria for NOx and the primary and secondary National Ambient Air Quality Standards for $NO_2$. Plaintiffs further alleged that the deadline under CAA § 109(d)(1) for Defendant to complete another cycle of review, revision, and promulgation actions with respect to sulfur oxides expired several years ago.

2.      The parties have negotiated a Consent Decree that resolves all claims in the Complaint except as to the issue of costs of litigation, including attorneys' fees. The Consent

Decree provides that it could not be finalized and entered by the Court until EPA had complied with the requirements for public notice and comment established by Clean Air Act section 113(g), 42 U.S.C. § 7413(g).

      3.      On September 5, 2007, EPA filed a notice lodging the Consent Decree with the Court and began the process required by section 113(g). This process has now been completed. EPA has decided not to withhold its consent to the Consent Decree as authorized by section 113(g) of the Act. The Department of Justice ("DOJ") concurs in EPA's conclusion that consent to the Consent Decree should not be withheld.

      4.      The parties now jointly move the Court to enter the Consent Decree attached to this motion as the judgment of the Court by signing the Consent Decree. The Consent Decree submitted to the Court for entry differs from the version lodged with the Court only in that (1) Paragraph 14, which provided for notice and comment under 42 U.S.C. § 7413(g), has been deleted as moot and (2) the paragraphs have been renumbered as appropriate given this change.

## CONCLUSION

For these reasons, the Court should enter the Consent Decree.

Respectfully submitted,

/s/ ROBERT UKEILEY
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

RONALD J. TENPAS
Acting Assistant Attorney General
Env. & Natural Resources Division

        /s/ EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 514-3126
eileen.mcdonough@usdoj.gov


Of Counsel for Defendant:

M. LEA ANDERSON
U.S. Environmental Protection Agency
Office of General Counsel
ARN: MC-2344A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

November 13, 2007