UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) | Civ. No. 05-1814 (LFO) |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| STEPHEN L. JOHNSON Administrator United States Environmental Protection Agency | ) ) ) ) |  |
| Defendant. | ) ) ) |  |

**ORDER**

Upon consideration of the Joint Motion to Enter Consent Decree, it is hereby ordered that the motion is granted. The Court will sign the Consent Decree submitted by the parties as the judgment of this Court.

SO ORDERED on this ___ day of _____, 2007.

_____
LOUIS F. OBERDORFER
UNITED STATES DISTRICT JUDGE