UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ) <br> *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON ) <br> Administrator ) <br> United States Environmental Protection Agency ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 05-1814 (LFO) <br><br> **FILED** <br><br> NOV 1 9 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Joint Motion to Enter Consent Decree, it is hereby ordered that the motion is granted. The Court will sign the Consent Decree submitted by the parties as the judgment of this Court.

SO ORDERED on this 19th day of November, 2007.

LOUIS F. OBERDORFER
UNITED STATES DISTRICT JUDGE