UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON <br> Administrator <br> United States <br> Environmental Protection Agency <br><br> Defendant. | Civ. No. 05-1814 (LFO) |

**JOINT MOTION TO THREE WEEK EXTENSION FOR PLAINTIFFS' TO FILE MOTION FOR COSTS OF LITIGATION**

1. On February 3, 2006, Plaintiffs Center for Biological Diversity, Valley Watch, Inc., Preston Forsythe, Tina Johnson and Jeremy Nichols filed their first amended complaint in this action pursuant to section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2), alleging that Defendant, Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (hereinafter "EPA") failed to perform mandatory duties pursuant to Clean Air Act § 109(d)(1) to complete another cycle of review, revision, and promulgation actions for nitrogen dioxide ("$NO_2$") and oxides of nitrogen ("$NO_x$"). Plaintiffs further alleged that the deadline under Clean Air Act § 109(d)(1) for Defendant to complete another cycle of review, revision, and promulgation actions with respect to sulfur oxides expired several years ago.

2. The parties have negotiated a Consent Decree that resolves all claims in the Complaint except as to the issue of costs of litigation, including attorneys' fees. The Court

signed the Consent Decree on November 19, 2007.  Regarding the costs of litigation, including attorneys' fees, the Consent Decree provides:

> **The deadline for filing a motion for costs of litigation (including attorneys' fees) for activities performed prior to execution of this Decree is hereby extended until 60 days after this Decree is entered by the Court. During this 60-day period, the Parties shall seek to resolve informally any claim for costs of litigation (including attorneys' fees), and if they cannot, will submit that issue to the Court for resolution.**

November 19, 2007 Consent Decree at para. 6.

3. Since November 19, 2007, the parties have diligently engaged in settlement discussions regarding the issue of the costs of litigation, including attorneys' fees.  The counsel for the parties have now reached an agreement in principle that would resolve this issue.  However, management in EPA as well in the U.S. Department of Justice need to review this settlement agreement and decide whether to approve it.  Defense counsel estimates that this review process can be completed within three weeks.

4. Therefore, the parties jointly request that the Court extend the deadline for Plaintiffs to file their motion for costs of litigation, including attorneys' fees, from January 18, 2008 until February 8, 2008.  The parties anticipate that by February 8, 2008, the parties will be able to follow another request with the Court that will resolve this issue, obviating the need for judicial resources to be spent on it.

## CONCLUSION

For these reasons, the parties request that the time for Plaintiffs' to file a motion for costs of litigation, including attorneys' fees, be extended until February 8, 2008.

Respectfully submitted,

/s/ ROBERT UKEILEY
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

RONALD J. TENPAS
Acting Assistant Attorney General
Env. & Natural Resources Division

/s/ EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 514-3126
eileen.mcdonough@usdoj.gov

Of Counsel for Defendant:

M. LEA ANDERSON
U.S. Environmental Protection Agency
Office of General Counsel
ARN: MC-2344A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

Dated: January 11, 2008