UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON <br> Administrator <br> United States <br> Environmental Protection Agency <br><br> Defendant. | Civ. No. 05-1814 (LFO) |

**JOINT MOTION FOR EXTENSION FOR PLAINTIFFS TO FILE MOTION FOR COSTS OF LITIGATION**

1.   On February 3, 2006, Plaintiffs Center for Biological Diversity, Valley Watch, Inc., Preston Forsythe, Tina Johnson and Jeremy Nichols filed their first amended complaint in this action pursuant to section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2), alleging that Defendant, Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (hereinafter "EPA") failed to perform mandatory duties pursuant to Clean Air Act § 109(d)(1) to complete another cycle of review, revision, and promulgation actions for nitrogen dioxide ("$NO_2$") and oxides of nitrogen ("$NO_x$"). Plaintiffs further alleged that the deadline under Clean Air Act § 109(d)(1) for Defendant to complete another cycle of review, revision, and promulgation actions with respect to sulfur oxides expired several years ago.

2.   The parties negotiated a Consent Decree that resolves all claims in the Complaint except as to the issue of costs of litigation, including attorneys' fees. The Court signed the

Consent Decree on November 19, 2007. Regarding the costs of litigation, including attorneys' fees, the Consent Decree provides:

> The deadline for filing a motion for costs of litigation (including attorneys' fees) for activities performed prior to execution of this Decree is hereby extended until 60 days after this Decree is entered by the Court. During this 60-day period, the Parties shall seek to resolve informally any claim for costs of litigation (including attorneys' fees), and if they cannot, will submit that issue to the Court for resolution.

November 19, 2007 Consent Decree at para. 6.

3. The parties have now reached an agreement that will resolve the costs of litigation (including attorneys' fees) issue. However, parties need until April 24, 2008 for EPA to fulfill its obligation under this agreement.

4. Therefore, the parties jointly request that the Court extend the deadline for Plaintiffs to file their motion for costs of litigation, including attorneys' fees, from the current deadline of February 8, 2008 until April 24, 2008.

## CONCLUSION

For these reasons, the parties request that the time for Plaintiffs' to file a motion for costs of litigation, including attorneys' fees, be extended until April 24, 2008.

Respectfully submitted,

/s/ ROBERT UKEILEY
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

        RONALD J. TENPAS
        Acting Assistant Attorney General
        Env. & Natural Resources Division


        /s/ EILEEN T. MCDONOUGH
        United States Department of Justice
        Environmental Defense Section
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Phone (202) 514-3126
        eileen.mcdonough@usdoj.gov


        Of Counsel for Defendant:

        M. LEA ANDERSON
        U.S. Environmental Protection Agency
        Office of General Counsel
        ARN: MC-2344A
        1200 Pennsylvania Ave., N.W.
        Washington, DC 20460

Dated: February 5, 2008