UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) ) Civ. No. 05-1814 (LFO) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEPHEN L. JOHNSON Administrator United States Environmental Protection Agency | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of the Joint Motion for Extension for Plaintiffs to File Motion for Costs of Litigation, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Plaintiffs shall file their Motion for Costs of Litigation, or other filing resolving the issue of costs of litigation, including attorneys' fees, by April 24, 2008.

SO ORDERED on this ____ day of _____, 2008.

_____
LOUIS F. OBERDORFER
UNITED STATES DISTRICT JUDGE