UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY
*et al.*,

       Plaintiffs,

v.

STEPHEN L. JOHNSON
Administrator
United States Environmental Protection Agency

       Defendant.

Civ. No. 05-1814 (LFO)

FILED

FEB . 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Joint Motion for Extension for Plaintiffs to File Motion for Costs of Litigation, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Plaintiffs shall file their Motion for Costs of Litigation, or other filing resolving the issue of costs of litigation, including attorneys' fees, by April 24, 2008.

SO ORDERED on this ___ day of _____, 2008.

LOUIS F. OBERDORFER
UNITED STATES DISTRICT JUDGE