UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
CENTER FOR BIOLOGICAL DIVERSITY )
*et al.*, ) Civ. No. 05-1814 (LFO)
)
       Plaintiffs, )
)
v. )
)
STEPHEN L. JOHNSON )
Administrator )
United States Environmental Protection Agency )
)
       Defendant. )
_____)

## JOINT MOTION TO FILE ATTACHMENT TO CONSENT DECREE

On November 19, 2007, the Court entered a Consent Decree in this matter. The third "Whereas" clause of the Consent Decree references Exhibit A. The Parties have belatedly realized that the Consent Decree, as submitted to the Court, did not include Exhibit A. This exhibit illustrates the schedule prepared by the United States Environmental Protection Agency ("EPA") for the many steps necessary to complete the rulemakings at issue consistent with the deadlines established in the Consent Decree. Exhibit A to the Consent Decree is attached hereto. The Parties jointly request that the Court order that Attachment A be filed as part of the Consent Decree.

## CONCLUSION

For these reasons, the Court should order that Exhibit A be filed as part of the Consent Decree.

Respectfully submitted,

/s/ ROBERT UKEILEY
Robert Ukeiley (MD14062)

1

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

RONALD J. TENPAS
Assistant Attorney General
Env. & Natural Resources Division

/s/ EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 514-3126
eileen.mcdonough@usdoj.gov


Of Counsel for Defendant:

M. LEA ANDERSON
U.S. Environmental Protection Agency
Office of General Counsel
ARN: MC-2344A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460