# Exhibit A

CENTER FOR BIOLOGICAL DIVERSITY

v.

STEPHEN L. JOHNSON
Administrator, United States Environmental Protection Agency

Civ. No. 05-1814 (LFO)

*August 22, 2007* — **Draft Plans for Reviews of the NO$_2$ and SO$_2$ NAAQS** — *Deliberative and Confidential*

| Task Name | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **NO2 REVIEW: Primary Standard** | | | | | |
| **Integrated Plan** | | | | | |
| Call for Information | | | | | |
| Workshop on science/policy issues | | | | | |
| Prepare draft Integrated Review Plan | | | | | |
| CASAC consultation/public comment on Plan | | | | | |
| Final Integrated Review Plan | | | | | |
| **Integrated Science Assessment** | | | | | |
| Prepare 1st draft ISA | | | | | |
| CASAC/public review of 1st draft ISA | | | | | |
| Prepare 2nd draft ISA | | | | | |
| CASAC/public review of 2nd draft ISA | | | | | |
| Final ISA | | | | | |
| **Risk/Exposure Assessment (RA)** | | | | | |
| RA scope/methods plan | | | | | |
| CASAC consultation/public comment on RA plan | | | | | |
| Prepare 1st draft RA | | | | | |
| CASAC/public review of 1st draft RA | | | | | |
| Prepare 2nd draft RA | | | | | |
| CASAC/public review of 2nd draft RA | | | | | |
| Final RA | | | | | |
| **Policy Assessment/Rulemaking** | | | | | |
| Prepare ANPR | | | | | |
| CASAC review/public comment on ANPR | | | | | |
| Proposed rulemaking | | | | | |
| Final rulemaking | | | | | |

*Legend:* **NCEA/ORD**   **OAQPS/OAR**   **ORD/OAR**   **CASAC**

1 of 3

*August 22, 2007* — **Draft Plans for Reviews of the NO$_2$ and SO$_2$ NAAQS** — *Deliberative and Confidential*

| Task Name | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **SO2 REVIEW: Primary Standards** | | | | | |
| **Integrated Plan** | | | | | |
|   Call for Information | | | | | |
|   Workshop on science/policy issues | | | | | |
|   Prepare draft Integrated Review Plan | | | | | |
|   CASAC consultation/public comment on Plan | | | | | |
|   Final Integrated Review Plan | | | | | |
| **Integrated Science Assessment** | | | | | |
|   Prepare 1st draft ISA | | | | | |
|   CASAC/public review of 1st draft ISA | | | | | |
|   Prepare 2nd draft ISA | | | | | |
|   CASAC/public review of 2nd draft ISA | | | | | |
|   Final ISA | | | | | |
| **Risk/Exposure Assessment (RA)** | | | | | |
|   RA scope/methods plan | | | | | |
|   CASAC consultation/public comment on RA plan | | | | | |
|   Prepare 1st draft RA | | | | | |
|   CASAC/public review of 1st draft RA | | | | | |
|   Prepare 2nd draft RA | | | | | |
|   CASAC/public review of 2nd draft RA | | | | | |
|   Final RA | | | | | |
| **Policy Assessment/Rulemaking** | | | | | |
|   Prepare ANPR | | | | | |
|   CASAC review/public comment on ANPR | | | | | |
|   Proposed rulemaking | | | | | |
|   Final rulemaking | | | | | |

*Legend:* NCEA/ORD   OAQPS/OAR   ORD/OAR   CASAC

*August 22, 2007* — **Draft Plans for Reviews of the NO$_2$ and SO$_2$ NAAQS** — ~~Deliberative and Confidential~~

| Task Name | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **NO2/SO2 REVIEW: Secondary Standards** | | | | | |
| **Integrated Plan** | | | | | |
| Call for Information | | | | | |
| Workshop on science/policy issues | | | | | |
| Prepare draft Integrated Review Plan | | | | | |
| CASAC consultation/public comment on Plan | | | | | |
| Final Integrated Review Plan | | | | | |
| **Integrated Science Assessment** | | | | | |
| Prepare 1st draft ISA | | | | | |
| CASAC/public review of 1st draft ISA | | | | | |
| Prepare 2nd draft ISA | | | | | |
| CASAC/public review of 2nd draft ISA | | | | | |
| Final ISA | | | | | |
| **Risk/Exposure Assessment (RA)** | | | | | |
| RA scope/methods plan | | | | | |
| CASAC consultation/public comment on RA plan | | | | | |
| Prepare 1st draft RA | | | | | |
| CASAC/public review of 1st draft RA | | | | | |
| Prepare 2nd draft RA | | | | | |
| CASAC/public review of 2nd draft RA | | | | | |
| Final RA | | | | | |
| **Policy Assessment/Rulemaking** | | | | | |
| Prepare ANPR | | | | | |
| CASAC review/public comment on ANPR | | | | | |
| Proposed rulemaking | | | | | |
| Final rulemaking | | | | | |

*Legend:* **NCEA/ORD**   **OAQPS/OAR**   **ORD/OAR**   **CASAC**