UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
CENTER FOR BIOLOGICAL DIVERSITY            )
*et al.*,                                  )    Civ. No. 05-1814 (LFO)
                                           )
            Plaintiffs,                    )
                                           )
v.                                         )
                                           )
STEPHEN L. JOHNSON                         )
Administrator                              )
United States Environmental Protection Agency )
                                           )
            Defendant.                     )
_____)

**ORDER**

Upon consideration of the joint motion to file the exhibit to the Consent Decree entered by this Court on November 19, 2007, it is hereby ordered that the motion is granted. Exhibit A to the joint motion shall be considered an attachment to the Consent Decree.

IT IS SO ORDERED.

                                    _____
                                    LOUIS F. OBERDORFER
                                    United States District Judge

Dated: _____

1