UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) ) Civ. No. 05-1814 (LFO) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, | ) ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of the Joint Motion to File Attachment to Consent Decree [dkt # 46], it is this 2nd day of June, 2008, hereby ordered that the motion is granted. Exhibit A to the Joint Motion shall be considered an attachment to the Consent Decree entered by this court on November 19, 2007 [dkt # 41].

IT IS SO ORDERED.

/s/
Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE